

ORIGINAL

Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Ph. 949-683-5411 fax 949-766-7603

Pro se plaintiff

**3-12CV-3251P**

# IN THE US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**SACV12·01092 DMG(JC)**

| | |
|---|---|
| DR. ORLY TAITZ, ESQ, PLAINTIFF | ) CASE # |
| V | ) ASSIGNED TO |
| KATHLEEN SEBELIUS | ) TRIAL SCHEDULED ON |
| IN HER CAPACITY OF SECRETARY OF | ) VIOLATION OF 14TH AMENDMENT |
| HEALTH AND HUMAN SERVICES, | ) EQUAL PROTECTION RIGHTS, |
| BARACK HUSSEIN OBAMA, | ) ESTABLISHMENT CLAUSE |
| IN HIS CAPACITY OF THE SIGNOR OF THE HR3590 PPACA, | ) ARTICLE 2, SEC 1 OF COSTITUTION<br>) INJUNCTIVE RELIEF, STAY |
| NANCY PELOSI, IN HER CAPACITY | )DECLARATORY RELIEF |
| OF THE CHAIRWOMAN OF THE 2008 | ) RICO, PREDECATE CRIMES: |
| DEMOCRATIC NATIONAL CONVENTION | ) FRAUD, AIDING AND ABETTING |
| AND SIGNOR OF THE CERTIFICATE | ) FORGERY AND UTTERING OF FORGED |

OF NOMINATION FOR CANDIDATE

FOR PRESIDENT OBAMA,

BRIAN SCHATZ, LYNN MATUSOW

IN THEIR CAPACITY AS 2008

CHAIRMAN AND SECRETARY

OF THE DEMOCRATIC PARTY

OF HAWAII AND SIGNORS OF THE

CERTIFICATE OF CANDIDATE FOR

PRESIDENT FOR BARACK OBAMA;

ALVIN ONAKA, IN HIS CAPACITY

AS THE REGISTRAR OF THE
HEALTH DEPARTMENT OF HAWAII,

MICHAEL ASTRUE, IN HIS CAPACITY AS THE

COMMISSIONER OF SSA, ERIC HOLDER IN HIS

CAPACITY AS ATTORNEY GENERAL OF THE USA,

WILLIAM A. CHATFIELD, IN HIS CAPACITY AS THE

IMMEDIATE PAST DIRECTOR OF THE SELECTIVE

SERVICE, ALICE TRAVIS GERMOND IN HER CAPACITY

AS A SECRETARY OF THE 2008 DEMOCRATIC

NOMINATING CONVENTION

OBAMA FOR AMERICA

JOHN DOES AND JANE DOES 1-10,

) DOCUMENTS TO COMMIT ELECTIONS

) FRAUD

) 7TH AMENDMENT JURY DEMANDED

**DEFENDANTS**

## COMPLAINT

## PARTIES, JURISDICTION, AND VENUE.

Plaintiff Orly Taitz is a citizen of the State of California, tax payer and a registered voter with a business address of 29839 Santa Margarita, ste 100 Rancho Santa Margarita CA 92688.   Taitz was subjected to persecution, harassment and defamation due to her legal actions, and bringing forward evidence showing Barack Hussein Obama, currently occupying the position of the President of the US and a presumptive nominee for the 2012 Presidential general election, to be usurping the US presidency by fraud and false pretenses and use of forged identification papers.

Defendant Katlleen Sebelius, is being sued in her capacity as the Secretary of Health and Human services.

Michael Astrue is being sued in his capacity as the commissioner of Social Security, who is complicit in the cover up of Obama using a Connecticut Social security number 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 which was not assigned to Barack Obama.

Barack Hussein Obama (Hereinafter "Obama") is being sued in his capacity as the signor of the H. R. 3590 "Patient Protection and Affordable Care Act" (PPACA).

Defendant Alvin T. Onaka (hereinafter "Onaka") is being sued in his capacity as the registrar of the Department of Health, who certified a computer forgery, claiming it to be a true and correct copy of Obama's 1961 typewritten birth certificate.

Defendant William A. Chatfield is sued in his capacity as a former director of Selective Service who buried all evidence of forgery in Obama's Selective Service certificate, after Taitz hand delivered all evidence to him.

Defendants Brian Schatz and Lynn Matusow are residents of the State of Hawaii and are being sued in their capacity as former Chairman and Secretary of the Democratic Party of Hawaii, who signed an altered/falsified Certificate of Nomination for Barack Obama and removed the necessary wording "legally qualified to serve under the provisions of the U.S. Constitution" in order to allow Obama in the White House, while using forged identification papers.

Defendants Nancy Pelosi and Alice Travis Germond are being sued as former Chairwoman and Secretary of the 2008 Democratic National Convention, who signed an altered Certificate of Nomination to the state of Hawaii and added the wording that the Chairman and Secretary of the Democratic Party of Hawaii Schatz and Matusow were not willing to include and swear to.

Defendant Eric Holder is being sued as the Attorney General of the United States, who received from Taitz a Quo Warranto complaint as well as multiple criminal complaints with evidence of Obama and others committing massive elections fraud and Obama usurping the position of the US Presidency by virtue of fraud, misrepresentation and use of forged and fraudulently obtained identification papers, and who aided and abetted Obama in the cover up.

Defendant Obama for America, is a fundraising organization for defendant Obama, an alleged RICO created to aid and abet Obama in unlawfully usurping U.S. Presidency through use of forged and fraudulently obtained documents

Defendants Jane Does and John Does 1-100 are believed to be a part of the RICO and of the concerted effort of usurpation of the U.S. Presidency by Obama and violation and deprivation of constitutional, civil, human and economic rights of U.S. citizens and racketeering, intimidation, harassment of whistle blowers, civil rights leaders and attorneys like Taitz, who are fighting to end such usurpation and restore above mentioned rights. Jane Does and John Does information will be provided upon further discovery.

## JURISDICTION and VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §1331 (federal question), 28 U.S.C. §1343 (civil rights), 18 U.S.C. §1964(c) (RICO), and 42 U.S.C. §§1983, 1988 (civil rights action seeking declaratory or injunctive relief). Plaintiffs seek declaratory relief under 28 U.S.C. §2201-2202 as well as 1988(a).

2.   Venue is proper under FOIA and 42 U.S.C. §1988(a) because several plaintiffs live in Orange County within the Southern Division of the Central District of California.

### ALLEGATIONS

1. On 06.28.2012 Supreme Court of the United States issued a rulling in <u>National Federation of Independent Business, et al. v. Kathleen Sebelius, Secretary of Health and Human Services, et al.; Department of Health and Human Services, et al. v. Florida, et al.; Florida, et al. v. Department of Health and Human Services, et al</u>. *567 U.S. 2012 (docket 11-393, 11-398. 11-400)*. In a narrow 5- 4 decision against some 26 states and the National Federation of Independent Businesses, Supreme Court ruled that even though the healthcare bill and individual mandates within it, violate the Commerce clause, it is valid under taxing powers of Congress.

2. As of yet this bill was not examined to ascertain whether it violates the rights of the US citizens under the 14th Amendment equal protection

clause and Establishment clause. Taitz filed an intevener brief in the original case filed by the states before judge Roger Vinson in the US. District court in Florida, however judge Vinson decided not to allow individual citizens interveners, as the legal action was voluminous and complex, considering the number of individual states involved. As such individual U.S. citizens did not have an opportunity to have their day in court and redress their grievances vis-à-vis the new Healthcare bill, which is now (compliments to Justice Roberts) is deemed as a Healthcare Tax, or ObamaTax. (Hereinafter "ObamaTax").  Most importantly Taitz alleges that the provision of the  Obamatax, which gives exemptions to certain religious sects and divisions, violates the Establishment clause as well as her 1, 5th, 14th amendment rights by violation of her Free Exercise of Religion right, her Due Process right, her equal Protection Under the Law rights.

3. There was no determination whether  US citizens rights were violated due to the fact that Barack Hussein Obama, II (Hereinafter "Obama") the individual who signed the Healthcare bill into law did so under false pretenses, being a foreign national, citizen of Indonesia, Kenya and Great Britain, who got into the position of the US President and signed the bill

into law, used a name that is not legally his and was never legitimate for the office, due to his use of forged and fraudulently obtained identification papers: a forged Birth Certificate, forged Selective Service Certificate and a fraudulently obtained Social Security number, which was never assigned to him.

## VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE 14TH AMENDEMENT OF THE US CONSTITUTION AND THE 5TH AMENDEMENT DUE PROCESS CLAUSE

4. Under the Equal Protection clause of the 14th Amendment of the US Constitution and the 5th Amendment due Process Clause all citizens similarly situated should be treated equally.

5. H. R. 3590 "Patient Protection and Affordable Care Act" (PPACA) Section 1411 (5)(A) Exemptions from individual requirements state:

"Sec 5000A. Requirements to maintain minimum essential coverage"

Section 1411 5(A)

(5) EXEMPTIONS FROM INDIVIDUAL RESPONSIBILITY REQUIREMENTS

In the case of an individual who is seeking an exemption certificate under section 1311(d)(4)(H) from any requirement or penalty imposed by section 5000A, the following information:

**(A)In the case of an individual seeking exemption based on the individual's status as a member of an exempt religious sect of division..."**

6. A religious sect or division being exempted is a Muslim sect or religion, which claims that any insurance is against their belief, as they see insurance as a form of usury. Consequently any Muslim is exempt from paying a hefty H. R. 3590 "Patient Protection and Affordable Care Act" (PPACA) ObamaTax (Hereinafter "Obamatax"), while Christians and Jews will have to pay an estimated $400,000 each over the life time. While Obamatax is scheduled to start with 1% first year, then go up to 2% next year, the sky is the limit. Similarly first Federal income tax passed by the Democrats in Congress in 1894, started with modest 2% Wilson-Gorman Tariff. In 1895 *Pollock v. Farmers' Loan & Trust Company*, 157 U.S. 429 SCOTUS, which at a time retained some independence and was not prone to bullying from other branches yet, found unapportioned Federal tax to be unconstitutional. In response the federal government pushed for the 16th Amendment, which paved the way to a massive rise in taxation by the

federal government. So, as Federal income tax went up from modest 2%
on a small group of citizens   in Wilson-Gorman act to 35%, so can
Obamatax  skyrocket, considering inflation, rising cost of healthcare, and
particularly  violation  of  5th  Amendment  due  process  and  14th
Amendment equal protection clause, which are  buried in 2,700 pages of
the act.

7.   U.S. hospitals do not turn away patients, particularly patients in need of
urgent care. So, as Muslims are exempt of paying Obamatax, as an exempt
religious sect, Taitz and other similarly situated Christians and Jews will be
forced to carry on their shoulders not only the Obamatax assigned to
them, but also reapportioned cost of healthcare and Obamatax for the
care of Muslims who are exempt.

8.  Current  situation  of  social  services  in  Europe  going  broke  shows  that
aforementioned burden can be enormous. Muslim religion allows a man to
have  multiple wives, which leads to one man having a large number of
children. As an example, Osama Bin Laden was one of 51 children legally
fathered by one Muslim man according to Sharia law. Now, according to
new Obamatax, Taitz and other similarly situated Christians and Jews will
have  the burden of not only paying Obamatax for themselves, but also

carrying the burden of paying an enormous amount of Obamatax to cover the care of all of these Muslim men, their multiple wives and children.

9. Aforementioned represents a clear violation of the 5th Amendment due process and 14th Amendment equal protection under the law.

## VIOLATION OF ESTABLISHMENT CLAUSE AND THE FREE EXERCISE CLAUSE OF THE FIRST AMENDMENT

10. Plaintiff includes, by reference, all prior paragraphs as if fully pled herein.

11. Providing in Obamatax exemptions to some religious sects, while heavily taxing others, at the tune of possibly as much as $400,000 over a life time of every Christian and Jew being taxed by ObamaTax, Federal government is not only engaged in violation of 5th and 14th Amendment due process and equal amendment rights, but is also flagrantly violating the 1st Amendment Free Exercise clause and Establishment clause.

12. First Amendment forbids Federal or state government to interfere with free exercise of religion and from establishing a state religion or intertwining state and religion.

13. By heavily taxing Christians and Jews in Obamatax, while exempting Muslims, Federal government is interfering with a free exercise of religion

by Christians and Jews and is forcing them to move towards Muslim religion and ultimately convert in order to avoid heavy new income taxation by the government.

14. This behavior by the Federal government is akin to Jisya (tribute) that is charged by Muslims according to Sharia law from non-Muslims, typically Christians and Jews.

15. Barack Hussein Obama, aka Barry Obama, aka Barry Obama Soebarkah, aka Barry Soetoro resided in Indonesia. His school records from Assissi school in Jakarta, Indonesia show him to be a citizen of Indonesia, and of Muslim religion.(Exhibit 16 School Registration #203 from Assissi school in Jakarta, Indonesia for Barack (Barry) Obama, showing him as a citizen of Indonesia, using the last name of his stepfather Lolo Soetoro as his legal last name and religion Islam).  Consequently, new **Obama Judeo-Christian federal income tax** was brought about by a foreign national, a Muslim citizen of Indonesia Barack(Barry) Soetoro(Obama). It heavily taxes American citizens of Christian and Jewish religion, while exempting Muslims and making Christians and Jews pay a Jizya for the cost of Healthcare provided to Muslims. Obamatax is unconstitutional towards Christians and Jews, as it violates the 1st, 5th, 14th Amendments

**16.** Additionally it is unconstitutional, as it violates the Article 2, Section 1 of

the   US Constitution.

## REQUEST FOR CLASS ACTION CERTIFICATION AND FOR CERTIFICATION OF TAITZ

## AS A REPRESENTATIVE OF A CLASS

Taitz is seeking a class certification and a certification of a class representative

herein. She is alleging that she is a member of a class of U. S. citizens, who are

either Jewish or Christian, who are being flagrantly discriminated as they are

obligated to pay a hefty Obamatax, while Muslims are exempt.  They are being

further discriminated, as they will have to pay not only Obamatax for themselves,

but also to cover the Healthcare of Muslims, who are exempt from paying

Obamatax.

This action can be maintained as a class action under FRCP Rule 23, which states

as follow :

(a) Prerequisites. One or more members of a class may sue or be sued as

representative parties on behalf of all members only if:

(1) the class is so numerous that joinder of all members is impracticable;

(2) there are questions of law or fact common to the class;

(3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and

(4) the representative parties will fairly and adequately protect the interests of the class.

(b) Types of Class Actions. A class action may be maintained if Rule 23(a) is satisfied and if:

(1) prosecuting separate actions by or against individual class members would create a risk of:

(A) inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for the party opposing the class; or

(B) adjudications with respect to individual class members that, as a practical matter, would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests;

(2) the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole; or

(3) the court finds that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The matters pertinent to these findings include:

(A) the class members' interests in individually controlling the prosecution or defense of separate actions;

(B) the extent and nature of any litigation concerning the controversy already begun by or against class members;

(C) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

(D) the likely difficulties in managing a class action.

The members of the class are so numerous that it is impossible and impracticable to bring all of them to this court as named plaintiffs.

Damage to Taitz is similar to damage of other class members

Not certifying this legal action as a class action can lead to conflicting rulings and judgments;

there are questions of law or fact common to the class, specifically unconstitutionality of ObamaTax, as applied o Christians or Jews;

the claims or defenses of the representative parties are typical of the claims or defenses of the class; and

Taitz will fairly and adequately protect the interests of the class.

## JUDEO-CHRISTIAN OBAMATAX VIOLATES ARTICLE 2, SECTION 1 OF THE US CONSTITUTION AS IT WAS SIGNED BY BARACK OBAMA BY VIRTUE OF FRAUD AND UNDER FALSE PRETENSES AND USING FORGED AND FRAUDULENTLY OBTAINED IDENTIFICATION PAPERS

17. In order to be legal, a bill needs to be signed into law by a lawful US President.

18. Obamatax, is unconstitutional, as it was signed into law by Barack Obama, a citizen of Indonesia, Kenya and Great Britain, who usurped the position of the U.S. President by fraud and by virtue of use of forged and fraudulently obtained identification papers.

19. Exhibit 1 is a sworn affidavit of Sheriff Joseph Arpaio of Maricopa county, Arizona, attesting to the fact that as a result of his six month investigation

he found Obama to be using a forged birth certificate, forged Selective Service Certificate and a forged Social Security number.

20. Exhibit 2, affidavit of Douglas Vogt, expert in scanning and copying machines, attests to the fact that the alleged birth certificate of Obama is a computer generated forgery.

21. Exhibit 3, affidavit of Felicito Papa attests to the fact that the alleged birth certificate of Obama is a computer generated forgery.

22. Exhibit 4, affidavit of Timothy Adams, former Assistant Elections Clerk from Honolulu Hawaii, attesting to the fact that there is no birth certificate for Obama in any hospital in Honolulu, Hawaii and it was a common knowledge among employees of the office of the Registrar and Elections in Honolulu, Hawaii, that there is no birth certificate for Obama in any hospital in Hawaii.

23. Exhibit 5, affidavit of Felicito Papa attests to the fact that when Barack Obama originally posted his tax returns, he did not "flatten" the PDF file and full Connecticut Social Security number 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 that he is using, became visible to the public.

24. Exhibit 6, sworn affidavit of Senior Deportation officer John Sampson, who attested to the fact that there is no legitimate reason for Barack Obama,

resident of Hawaii in and around 1977 to obtain a Connecticut Social Security number, which was assigned to a resident of Connecticut, who resided in 1977 in the State of Connecticut.

25. Exhibit 7, affidavit from Linda Jordan attests to the fact that the Social security number, 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, which Obama is using was not assigned to him and does not pass E-verify according to attached E-verify record.

26. Exhibit 8, shows SSNVS (Social Security Verification Number) printout which shows that Connecticut Security number, 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, which is being used by Obama, was never assigned to him.

27. Exhibit 9, affidavit of typesetting expert Paul Irey attests to the fact that Obama's alleged long form birth certificate is a forgery, as bits and pieces of the "certificate" were cut and pasted from different documents, as letters show different fonts and sizes.

28. Exhibit 17 Affidavit of Chris Strunk, attesting to the fact that in the passport records for Barack Obama, recently received under the FOIA request, Obama's legal name, as listed in his mother's records, is Barack Obama Soebarkah, therefore even if Obama were to have valid identification records, his signing of the ObamaTax was not valid, as he signed it under a name, which was not legally his.

29. Based on all of the above, Barack Obama, aka Barry Soetoro, aka Barack Obama Soebarkah, was a foreign national who got into the position of the US President and Commander in Chief based on forged and fraudulently obtained identification papers and in violation of Article 2, Section1 of the US Constitution. As such Obama was never legitimate for the US presidency and unlawfully signed the H. R. 3590 "Patient Protection and Affordable Care Act" (PPACA) into law.

**RICO**

Chapter 96 of <u>Title 18 of the United States Code</u>, 18 U.S.C. § 1961–1968

Predicate acts

section <u>1028</u> (relating to fraud and related activity in connection with identification documents),

section <u>1341</u> (relating to mail fraud),

section <u>1343</u> (relating to wire fraud),

section <u>1425</u> (relating to the procurement of citizenship or nationalization unlawfully), section <u>1426</u> (relating to the reproduction of naturalization or citizenship papers

section <u>1503</u> (relating to obstruction of justice),

section <u>1512</u> (relating to tampering with a witness, victim, or an informant),

section <u>1513</u> (relating to retaliating against a witness, victim, or an informant), section

section <u>1546</u> (relating to fraud and misuse of visas, permits, and other documents)

**FRAUD**

**30. FRAUD COMMITTED BY OBAMA**

Obama defrauded the Plaintiff and others similarly situated by getting on the ballot and in the white house and signing Obamatax under false pretenses and by fraud, using a name that is not legally his and using forged and fraudulently obtained identification papers. He created "Obama for America" with a purpose of defrauding American citizens and illegally usurping the U.S. Presidency, while using forged identification papers.

**31. Fraud committed by defendant "Obama for America"**

"Obama for America" is a RICO organization established and maintained with an illegal purpose of defrauding the U.S. Citizens and usurping the U.S. Presidency.

**32. FRAUD COMMITTED BY DEFENDANT ALVIN ONAKA**

Defendant Alvin Onaka, Registrar of the state of Hawaii, aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate from the state of Hawaii.

**33.FRAUD COMMITTED BY DEFENDANT ASTRUE**

Defendant Michael Astrue, commissioner of the Social Security, aided and abetted Obama by covering up the fact that Barack Obama is fraudulently

using a Connecticut Social Security number, 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, which was issued in and around 1977 in the State of Connecticut to a resident of Connecticut born in 1890 and that this Social Security number does not pass E-verify and SSNVS, when checked under the name Barack Obama.

## 34. FRAUD COMMITTED BY DEFENDANTS BRIAN SCHATZ AND LYNN MATUSOW

Brian Schatz AND Lynn Matusow are being sued in their capacity as former chairman and secretary of the Democratic party of Hawaii, who aided and abetted fraud committed by Obama when they signed an altered/falsified Certificate of Nomination for Barack Obama and removed the necessary wording "eligible according to the US Constitution". Exhibits 10 and 11 show required certification of a candidate for US Presidency, submitted by the Democratic party of Hawaii to the office of elections for Al Gore in 2000 and for John Kerry in 2004.  Those certifications show the necessary wording that the candidates for President and Vice President are "legally qualified to serve under the provisions of The U.S. Constitution". In order to aid Obama and to attempt to avoid criminal liability in certifying a fraudulent certificate of Nomination, Brian Schatz and Lynn Matusow falsified the Certificate of

Nomination and removed the words "eligible to the U.S. Constitution" from

the certification sent to Hawaii office elections on behalf of Obama.

### 35.FRAUD COMMITTED BY DEFENDANTS NANCY PELOSI AND ALICE TRAVIS GERMOND

Nancy Pelosi and Alice Travis Germond aided and abetted fraud committed

by Obama when, as a former Chairwoman and Secretary of the 2008

Democratic National Convention they signed an altered certificate of

nomination to the State of Hawaii. Certification of Nomination for John

Kerry, which was sent to all 50 states in 2004 (Exhibit 13) and certification

for Obama, which was sent to 49 states in 2008 (Exhibit 14) were identical.

However, Obama could not get on the ballot in the general election, as the

State of Hawaii required the wording "eligible under the provisions of the

U.S. Constitution" and Brian Schatz and Lynn Matusow were not willing to

sign the certification with such wording, as they knew that Obama was not a

natural born citizen and did not qualify. Subsequently Pelosi, Germond,

Schatz, Matusow and Obama acted in concert, as Schatz removed the

necessary wording from the certification sent by the Democratic party of

Hawaii and Pelosi added this wording to the DNC certification (Exhibit 15).

Through this scheme Schatz, Matusow, Pelosi and Germond acted in concert and aided and abetted ineligible Obama to get on the ballot in 2008 election. Through manipulation of certificates, Schatz, Matusow, Germond and Pelosi were complicit in fraud and forgery of records.

36. Eric Holder is being sued as the Attorney General of the United States, who received from Taitz a Quo Warranto complaint as well as multiple criminal complaints with evidence of Obama and others committing massive elections fraud and Obama usurping the position of the US by virtue of fraud, misrepresentation and use of forged and fraudulently obtained identification papers, and who aided and abetted Obama in the cover up.

37. Defendants acted with an intent to defraud. Plaintiffs were intended victims and foreseeable victims. Plaintiffs suffered financial damages, defamation, humiliation, harassment and emotional distress as a result of fraud committed by the Defendants.

### MAIL AND WIRE FRAUD

**38. DEFENDANT OBAMA**

Defendant Obama committed mail and wire fraud when he posted on the Internet in and around April 27, 2012, a paper, which he claimed to be a true and correct copy of his long form birth certificate, which was in reality a computer generated forgery. He additionally committed mail and wire fraud by sending to multiple courts his forged birth certificate, claiming it to be a genuine birth certificate. Not only did he post a forgery, but he also used this opportunity to unleash a campaign of persecution, harassment and intimidation of Taitz and other civil rights leaders and political dissidents by calling them a "side show' and "carnival barkers".

39. Obama committed mail and wire fraud when he posted on the Internet on his site "Fight the smears" a paper, which he claimed to be his short form birth certificate, which was in fact a computer generated forgery. He continued committing such fraud by sending this forged birth certificate to multiple courts and organizations.

40. Obama committed mail and wire fraud, when he posted on line on White house.gov Connecticut Social security number 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, claiming it to be a valid number, when in fact it is a fraudulently obtained number, which was never assigned to Barack Obama

**41.** Obama committed mail and wire fraud, when he posted on line his alleged

Selective Service Certificate,  claiming it to be his valid Selective Service

certificate, making him eligible to work in the Federal Government, while

in reality he posted a forged birth certificate, created in 2008 with a cut

out in half and reversed 2008 postal stamp.

**42.** Obama knew that he was committing fraud and intended to defraud in

order to continue usurping the position of the U.S. President.

**43.** Obama committed fraud when he sent to 50 states in 2007-2008, as well

as in 2011-2012, his declarations of nomination. Obama used mail or other

instrumentalities of the Interstate commerce to commit such fraud.

**44.** Obama committed fraud when, in and around January 25th, 2012,

through his attorney Michael Jablonski, sent a defamatory letter to the

Secretary of State of Georgia, where he attacked Plaintiff Taitz, who was

an attorney in Farrar v Obama, claiming that he has produced a birth

certificate and that he suffers from Taitz.

**45.** In and around November 19, 2011, Obama committed mail and wire fraud

when, he, through his agent, Deputy Campaign Manager Juliana Smoot,

personally attacked and defamed Taitz: "RELEASE THE MUGS By Julianna

Smoot, Deputy Campaign Manager on November 19, 2011. Yesterday, four

Republicans in the New Hampshire State House allowed a hearing requested by **Orly Taitz, the notorious dentist-lawyer-birther, who wants President Obama officially removed from the state's primary ballot.** So in honor of conspiracy theorists everywhere, we're re-releasing the campaign's limited-edition "Made in the USA" mugs. There's clearly nothing we can do to satisfy this crowd—or anyone else who insists on wasting time and energy on nonsense like this. But when it starts to make your head hurt, I've found the best remedy is to have some tea in my "Made in the USA" mug. Works like a charm. I recommend Earl Grey.

### PATTERN OF ONGOING RACKETEERING ACTIVITY

**46.** Fraud committed by Defendants who were acting directly or indirectly and committed fraud, which  was on going from 2007 until now, for over four years. Actions by the defendants established a pattern of racketeering activity within the meaning of 18 U.S.C. §1962(c), in that their common purpose was to defraud, and the common result was to defraud. Plaintiffs were victims of the acts of racketeering and the acts of racketeering were otherwise related by distinguishing characteristics and were not isolated events.

## 47. FORGED DOCUMENT THAT WERE UTTERED BY OBAMA

a. Long form birth certificate- affidavits of Adobe illustrator expert Felichito Papa, scanning and printing machines expert Doug Vogt, senior deportation officer John Sampson and announcement by sheriff Arpaio (exhibits 1-3) show Obama's long form birth certificate to be forged

b. Short form birth certificate-certification of live birth. Research by Dr. Ron Pollard show short form birth certificate to be forged

c. Selective service certificate-investigative report by federal agent Steven Coffman, journalist Linda Bentley and announcement by Sheriff of Maricopa county, Arizona and lead investigator Mike Zullo, show Obama's selective service certificate to be forged.

d. Social Security certificate-affidavits of Senior Deportation officer Sampson, licensed investigator Daniels, researcher Linda Jordan, adobe illustrator expert Felicito Papa show Obama using as his own a social security number 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, which was assigned to another individual, resident of Connecticut, who was born in 1890.

e. Possibly all other identification documents are fraudulently acquired, as those rest on forged primary identification papers.

**48.** Barack Obama knew that he is using forged identification papers and is not eligible for the U.S. Presidency.

**49.** Obama created "Obama for America" with a purpose to defraud American citizens and illegally usurp the U.S. Presidency, while using forged identification papers.

**50.** Defendant Loretta Fuddy, director of Health of the State of Hawaii, aided and abetted Obama in committing elections fraud by covering up the fact that Obama is using a forged birth certificate

**51.** Defendant Alvin Onaka, Registrar of the State of Hawaii aided and abetted Obama and was complicit in the cover up of the fact that Obama is using a forged birth certificate.

**52.** Defendant Michael Astrue, commissioner of the Social Security aided and abetted Obama by covering up the fact that Barack Obama is fraudulently using a Connecticut Social Security number, 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, which was issued in and around 1977 in the State of Connecticut to a resident of Connecticut born in 1890 and that this Social Security number does not pass E-verify, when checked under the name Barack Obama

**53.** Defendant William A. Chatfield, former director of Selective Service acted in concert with other defendants in burying all evidence after Taitz

provided it to Chatfield in and around March 25, 2009. Chatfield did not take any action in regards to Obama's forged Selective Service certificate and simply left the Selective service shortly thereafter

54. Plaintiff suffered defamation and humiliation, endured multiple death threats and sanctions, while she was telling the truth about the fact that defendant Obama is committing elections fraud and is using and uttering forged documents as a proof of his eligibility for the U.S. Presidency. Plaintiff Taitz received multiple death threats from Obama supporters who do not believe that their "messiah" is capable of committing elections fraud and using forged documents. Unless the injunction is issued and the public is apprised of the evidence of the elections fraud and forgery by Obama, such death threats will continue until one of Obama's supporters will succeed in making his threat a reality.

55. Plaintiff suffered damages of emotional distress, financial damages, defamation, slander, harassment as a direct result of the actions by the Defendants.

56. Defendants acted intentionally, outrageously, oppressively, despicably and maliciously. Exemplary and punitive damages are warranted in order to punish and deter such conduct in an amount to be determined at trial.

## RELIEF SOUGHT

1. Declaratory relief deeming individual mandate H. R. 3590  "Patient Protection and Affordable Care Act" (PPACA)  to be discriminating and violating of the Equal Protection clause of the 14th Amendment, Due Process clause of the 5th Amendment and Free Exercise of Religion and Establishment clause of the First Amendment of the U.S. Constitution  and therefore unconstitutional.

2. Declaratory relief deeming the Healthacare tax to be violative of the Establishment clause and unconstitutional.

3. Certification of Taitz as a representative of a class of 306 million US citizens, who are Christians or Jews, whose constitutional rights of equal protection under the law and free exercise of religion under the First Amendment and separation of State and Church under the Establishment Clause have been egregiously violated by the heavy taxation imposed by the H.R. 3590 PPACA (Obamacare), while 7 million Muslims, US citizens  were exempted from such taxation

4. Stay of taxation of citizens under H.R. 3590 PPACA, whose religion does not give them an exemption based on individual's status as a member of an exempt religious sect or division.

5. **Stay of any and all collection of taxes and penalties by the IRS** in relation to failure by Taitz or any other individual who is a Christian or a Jew or member of any other religion, who does not fall under the exemption of religious sect or division under Section 1411 5(A)(5)(A) which grants Muslims an exemption from paying the Healthcare tax.

6. **PERMANENT INJUNCTION** preventing taxation of Taitz, as well as other US citizens, who are Christians or Jews, who were made to pay heavy Healthcare tax under H. R. 3590" Patient Protection and Affordable Care Act" (PPACA) , in order to subsidize healthcare of Muslims, who were exempted under 1411 (5)(A) and an exempt religious sect or division.

7. Declaratory relief deeming taxation of Taitz and others similarly situated U.S. citizens under the new H.R.3590 tax to be unconstitutional, as H.R. 3590 was signed into law by a foreign national Barack Obama aka Barry Soetoro, aka Barry Soebarkah, who usurped the position of the US President by fraud and while using forged and fraudulently obtained identification papers, and while never being eligible for the position of the U.S. President.

8. Declaratory relief deeming that defendants (aside from defendant Sebelius)

acted in a racketeering fashion and acted in concert in committing elections fraud and allowing usurpation of the US Presidency by a foreign national Barack Hussein Obama, aka Barry Obama, aka Barry Soetoro, aka Barack Obama Soebarkah, using forged and fraudulently obtained identification records, and allowing him to unlawfully sign bills and executive orders, including ObamaTax, aka H.R. 3590.

9. Treble damages in RICO to cover financial damages, as well as damages suffered as a result of defamation, slander, harassment and persecutions of Taitz, who blew the whistle on Obama and other Defendants.

10. Court costs, attorneys' fees and any and all relief that the court will find to be just and proper.

Respectfully submitted

Dr. Orly Taitz, ESQ

07.02.2012

Dr. Orly Taitz, ESQ

Exhibits

1. Affidavit of Sheriff Joseph M. Arpaio of Maricopa County, Arizona, stating that Barack Obama's alleged Birth certificate, Selective service Certificate and Social Security number represent forgeries.

2. Affidavit of expert Douglas Vogt attesting to the fact that Obama's birth certificate represent a forgery.

3. Affidavit of Felicito Papa attests to the fact that the alleged birth certificate of Obama is a computer generated forgery.

4. Affidavit of assistant registrar of the state of Hawaii Timothy Adams, attesting to the fact that there is no birth certificate for Obama in any hospital in Honolulu, Hawaii.

5. Affidavit of Adobe Illustrator expert Felicito Papa attesting to the fact that Barack Obama posted his full Connecticut Social security number 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 on white House.gov with his 2009 tax returns and posted on April 15, 2010.

6. Affidavit of John Sampson, Senior Deportation officer of the department of homeland security, attesting to the fact that there was no legitimate reason

for assigning a Connecticut Social security number to Barack Obama, resident of Hawaii.

7. Affidavit of Linda Jordan and attached e-verify attesting to the fact that Connecticut Social Security number 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 issued to Obama was not assigned to Obama.

8. SSNVS (Social security verification systems) printout attesting to the fact that   Connecticut social security number 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 used by Obama was never issued to Obama

9. Affidavit of typesetting expert   Paul Irey attests to the fact that Obama's alleged long form is a forgery, as bits and pieces of the "certificate" were cut and pasted from different documents, as letters show different fonts and sizes

10. Certification of Nomination of Al Gore issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2000.

11. Certification of Nomination of John Kerry issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2004.

12. Certificate of Nomination of Barack Obama issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2008.

13. Certificate of Nomination of John Kerry by Democratic National Committee sent to the State of Hawaii in 2004.

14. Certificate of Nomination for Barack Obama by Democratic National Committee in 2008 sent to 49 states.

15. Certificate of Nomination for Barack Obama by Democratic National Committee sent to the Office of Elections of the State of Hawaii in 2008 (with edited wording).

16. School registration #203 for Barack Obama from Assissi school in Jakarta Indonesia and showing Obama using his step father's last name Soetoro as his legal name, as well as listing his citizenship as Indonesian and his religion Islam

17. Affidavit of Chris Strunk, authenticating passport records of Barack Obama's mother, Ann  Dunham, received by him under the FOIA request from the Department of State and showing Obama's legal name in his mother's passport records to be Barack Obama Soebarkah.

# Exhibit 1

## Affidavit of Sheriff Joseph M. Arpaio

## of Maricopa county, Arizona

State of Arizona        )
                    ) ss.
County of Maricopa   )

## AFFIDAVIT

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the facts are true:

1. I am over the age of 18 and am a resident of Arizona.  The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, could testify competently thereto.  I am the duly elected Sheriff of Maricopa County, Arizona, and I have been a law enforcement officer and official, in both state and federal government, for 51 years.

2. In August of last year, a group of citizens from the Surprise Arizona Tea Party organization met with me in my office and presented a petition signed by approximately 250 residents of Maricopa County, asking if I would investigate the controversy surrounding President Barrack Obama's birth certificate authenticity and his eligibility to serve as the President of the United States.

3. This group expressed its concern that, up until that point, no law enforcement agency in the country had ever gone on record indicating that they had either looked into this or that they were willing to do so, citing lack of resources and jurisdictional challenges.

4. The Maricopa County Sheriff's Office is in a rather unique position. Under the Arizona Constitution and Arizona Revised Statutes, as the elected Sheriff of Maricopa County, I have the authority to request the aid of the volunteer posse, located in the county, to assist me in the execution of my duties.  Having organized a volunteer posse of approximately 3,000 members, I, as the Sheriff of the Maricopa County Sheriff's Office, can authorize an investigation go forward to answer these questions at virtually no expense to the tax payer.

5. The Cold Case posse agreed to undertake the investigation requested by the 250 citizens of Maricopa County. This posse consists of former police officers and attorneys who have worked investigating the controversy surrounding Barack Obama. The investigation mainly focused on the electronic document that was

1 |

presented as President Obama's long form birth certificate to the American people and to citizens of Maricopa County by the White House on April 27, 2011.

6. The investigation led to a closer examination of the procedures regarding the registration of births at the Hawaii Department of Health and various statements made by Hawaii government officials regarding the Obama birth controversy over the last five years.

7. Upon close examination of the evidence, it is my belief that forgery and fraud was likely committed in key identity documents including President Obama's long-form birth certificate, his Selective Service Registration card, and his Social Security number.

8. My investigators and I believe that President Obama's long-form birth certificate is a computer-generated document, was manufactured electronically, and that it did not originate in a paper format, as claimed by the White House.   Most importantly, the "registrar's stamp" in the computer generated document released by the White House and posted on the White House website, may have been imported from another unknown source document. The effect of the stamp not being placed on the document pursuant to state and federal laws means that there is probable cause that the document is a forgery, and therefore, it cannot be used as a verification, legal or otherwise, of the date, place or circumstances of Barack Obama's birth.

9. The Cold Case Posse law enforcement investigation into Barack Obama's birth certificate and his eligibility to be president is on-going. The on-going nature of the investigation is due to additional information that has come to light since we held the press conference in March, 2012.   As soon as that information has been properly verified by the Cold Case Posse, I will release that information to the public.

Executed this _12_ day of June, 2012, in
Maricopa County, Arizona.

_____
Joseph M. Arpaio, Maricopa County Sheriff

Sworn to and subscribed before me this
_12th_ day of _June_____, 2012.

_Lynda Jenise Moreno_

LYNDA JENISE MORENO
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 9, 2016

2 |

# Exhibit 2

## Affidavit of Douglas Vogt

### scanning and copying machines expert

**THEREPOSITORY™**
**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE
P.O. Box 40135
**BELLEVUE, WASHINGTON 98015**
(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

**My Credentials**

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.



Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

**What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.**

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

2

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form     Figure 6. Grayscale.     Figure 7. Color image.

Figure 8. Binary image.     Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al*, in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20** *Date Accepted by Reg. General.* What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

5

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.


In witness whereof he has hereto set his hand and seal.

Name of Notary: _Zachary S Niebruegge_

Title: _Branch Mgr, U.S. Bank_

I, _Zachary S. Niebruegge_ , a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

_____
Notary Public

My Commission Expires: _8_ / _9_ /20 _11_

_Douglas B. Vogt_

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

6

# Exhibit 3

## Affidavit of Felicito Papa

## attesting forgery in Birth Certificate

04/28/2011  00:18   9047789707                    UPS STORE                    PAGE  01/03

## Affidavit

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008



# Exhibit 4

## Affidavit of Timothy Adams

## former Assistant registrar from Honolulu, Hawaii

## AFFIDAVIT

In the State of Kentucky, County of Warren, this affiant being duly sworn, deposes and says that he is Timothy Lee Adams, residing at 1132 Fairview Avenue, Apt. F, Bowling Green, KY 42101 and that the statements below are true concerning his employment at the City and County of Honolulu Elections Division in Honolulu, Hawaii:

1. I was employed at the City and County of Honolulu Elections Division from May 2008 through September 2008.
2. My position at the City and County of Honolulu Elections Division was Senior Elections Clerk.
3. My responsibilities were to oversee the activities of the Absentee Ballot Office.
4. During the course of my employment, I became aware that many requests were being made to the City and County of Honolulu Elections Division, the Hawaii Office of Elections, and the Hawaii Department of Health from around the country to obtain a copy of then-Senator Barack Obama's long-form, hospital-generated birth certificate.
5. Senior officers in the City and County of Honolulu Elections Division told me on multiple occasions that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama in the Hawaii Department of Health and there was no record that any such document had ever been on file in the Hawaii Department of Health or any other branch or department of the Hawaii government.
6. Senior officers in the City and County of Honolulu Elections Division further told me on multiple occasions that Hawaii State government officials had made inquiries about Senator Obama's birth records to officials at Queens Medical Center and Kapi'olani Medical Center in Honolulu and that neither hospital had any record of Senator Obama having been born there, even though Governor Abercrombie has asserted and various Hawaii government officials continue to assert Barack Obama, Jr. was born at Kapi'olani Medical Center on August 4, 1961.
7. During the course of my employment, I came to understand that for political reasons, various officials in the government of Hawaii, including then-Governor Linda Lingle and various officials of the Hawaii Department of Health, including Dr. Chiyome Fukino, the director of the Hawaii Department of Health, were making representations that Senator Obama was born in Hawaii, even though no government official in Hawaii could find a long-form birth certificate for Senator Obama that had been issued by a Hawaii hospital at the time of his birth.
8. During the course of my employment, I was told by senior officers in the City and County of Honolulu Elections Division to stop inquiring about Senator Obama's Hawaii birth records, even though it was common knowledge among my fellow employees that no Hawaii long-form, hospital generated birth certificate existed for Senator Obama.

In witness whereof he has hereto set his hand and seal.

Affiant's signature: _(signature)_

Affiant's title: _(handwritten)_

I, Heather Berry _____, a Notary Public of the County and State aforesaid, hereby certify that Timothy Lee Adams _____ personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been duly sworn deposes and says the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this 21st day of March, 2012.

Notary Public's signature: Heather Berry

My commission expires: My Commission Expires July 19, 2014

# Exhibit 5

## Affidavit of Felicito Papa

## Regarding SS number

## AFFIDAVIT

STATE OF FLORIDA )
               )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245 45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2.  On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama.
    http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3.  I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4.  I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5.  I submit top Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6.  Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7.  I submit top Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

    1, Barack Obama's SSN. ██████-4425
    2, Michelle Obama's SSN ██████-2302
    3, An initial MLO on the side of Form 709
    4, A 1/4 inch dark square with notation on it.
    5, Preparer's SSN or PIN P00570974
        EIN 36-2700600
        Phone no. 312/372-0440

# 709

## United States Gift (and Generation-Skipping Transfer) Tax Return

## 2009

▶ See separate instructions.

MICHELLE O. OBAMA

ILLINOIS

1600 PENNSYLVANIA AVENUE, NW

UNITED STATES

WASHINGTON, DC 20500

|  | Yes | No |
|---|---|---|
|  |  | X |

BARACK H. OBAMA

| | 345,800. |
| | 345,800. |
| | 345,800. |

Sign Here   ▶ X    Michelle Obama  4/7/10

Preparers

WINBERG SOLHEIM HOWELL & SHAIN P
321 N LASALLE ST, STE 3200
CHICAGO, IL 60631

709

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions

# 2009

| | | | |
|---|---|---|---|
| BARACK H. | OBAMA | | |
| 1600 PENNSYLVANIA AVENUE, NW | | | ILLINOIS |
| WASHINGTON DC 20500 | | | UNITED STATES |

|   | Yes | No |
|---|---|---|

MICHELLE L. OBAMA

Consent of Spouse ... *Michelle Obama* Date ▶ 4-7-10

| | | |
|---|---|---|
| 1 | 1 | 0. |
| 2 | 2 | 0. |
| 3 | 3 | 0. |
| 4 | 4 | 0. |
| 5 | 5 | 345,300. |
| 6 | 6 | 345,300. |
| 7 | 7 | |
| 8 | 8 | 345,300. |
| 9 | 9 | 0. |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | 0. |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | 0. |
| 20 | 20 | |

**Sign Here** ▶ X                                        4/7/10

**Paid Preparer Use Only** ▶ *illegible signature*    3/   P00570374
WITTENBERG HOLMEN HOWELL & SHAIN, PC    36-3788666
130 N LASALLE ST, STE 2200    312-372-3440
CHICAGO, IL 60601

709

2009.03030 OBAMA, BARACK H.

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

# 2009

BARACK H.                          OBAMA                          ILLINOIS

1600 PENNSYLVANIA AVENUE, NW                                      UNITED STATES

WASHINGTON, DC  20500

MICHELLE L. OBAMA

*Michelle Obama*                                    Date ▶ 4-7-10

|  |  |
|--|--|
|  | 345,800. |
|  | 345,800. |
|  | 345,800. |
|  | 0. |

4-7-10

**Sign Here** ▶ X

▶ WEBERG SOLHEIM HOWELL & SHAIN PC
   N LASALLE ST, STE 3300
   CHICAGO, IL 60601

709

# 709

**United States Gift (and Generation-Skipping Transfer) Tax Return**

▶ See separate instructions

## 2009

| | | | 3 Donor's social security number |
|---|---|---|---|
| MICHELLE L. | | OBAMA | |
| 1600 PENNSYLVANIA AVENUE, NW | | | ILLINOIS |
| WASHINGTON, DC  20500 | | | UNITED STATES |

**Part 1 — General Information**

|  | Yes | No |
|---|---|---|
| | | |
| | | |
| | | X |
| | X | X |

12  Name of consenting spouse  BARACK H. OBAMA

**Part 2 — Tax Computation**

| | | |
|---|---|---|
| 1 | 1 | 0. |
| 2 | 2 | 0. |
| 3 | 3 | 0. |
| 4 | 4 | 0. |
| 5 | 5 | 0. |
| 6 | 6 | 0. |
| 7 | 7 | 345,800. |
| 9 | 9 | 345,800. |
| 11 | 11 | 345,800. |
| 14 | 14 | 0. |
| 15 | 15 | 0. |
| 18 | 18 | 0. |
| 19 | 19 | 0. |

**Sign Here** ▶ X  *Michelle Obama* 4/7/10

**Paid Preparer's Use Only**
WINEBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

709

# Exhibit 6

### Affidavit of John Sampson

### Senior Deportation officer

### from Department of Homeland Security

**Dr. Orly Taitz, Esq**
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action: |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

### Affidavit of John N. Sampson

1.      My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.      I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.      On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number ████-4425.

6.     On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN ████-4425.

7.     As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.     This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.     As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN ████-4425 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.     On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.     On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN ▓▓▓▓-4425.

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.   I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.   I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____

                   John N. Sampson

# Exhibit 7

## Affidavit of Linda Jordan

## Attesting that Obama' Social Security

## number is fraudulently obtained

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN ████-██-4425. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records", (attachment B)

Signed
        Linda Jordan, 4410 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of                                          County of
              Seattle Washington                                    King

Dated the _____ day of _____
                          August               2011

Signature of the Notary _____

Date _____

# Self Check™



## Notice of Mismatch with Social Security Administration (SSA) Records

Bring this notice with you when you visit SSA.

**For SSA Field Office Staff: Do not use EV STAR: See POMS RM 10250.000ff**

Obama Barack H.
Name of the employee (Last Name, First Name)
MN
Oct. 13, 2011
Date of Mismatch

████████1425
Employee's Social Security Number (SSN)
20112293114310GY
Case Verification Number

Reason for this Notice

  **SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

  **SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number.

  **SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN holder is a U.S. citizen.

✓ **SSA record does not verify. Other reason.** SSA found a discrepancy in the record.

  **SSA unable to process data.** SSA found a discrepancy in other data in the record.

**Instructions**

**attachment B**

# Exhibit 8

## SSNVS printout

Business Services Online

# Social Security Number Verification System (SSNVS)

**SSNVS Help**

## SSN Verification Results

Employer's EIN:
Records Submitted:  1
Failed:  1
Verified Records:  0

Verify More SSNs
What to do if an SSN fails to verify
Field Office Locator

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

- **Failed** - Data does not match Social Security Administration's records. Select What to do if an SSN Fails to Verify for more information

- **Deceased** - Data matches Social Security Administration's records and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---|---|---|---|---|---|---|---|---|
| Failed | ████425 | BARACK | - | OBAMA | - | 08041961 | M | 1 |

| Verification Results | |
|---|---|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

https://secure.ssa.gov/apps12z/SSNVS/interactiveVerification.do

# Exhibit 9

## Presentation of typesetting expert  Paul Irey

Case 3:12-cv-01691-DMG-??  Document 12    Filed 07/05/12    Page 21 of 25    Page ID #:71

# These are 161 typed characters selected from Obama's birth certificate that do not match each other for style or size.

AAAAEEHHHHKKMM

RRSSSUUaaaaaaaa

aaaaaaaaaaaaaaaa

cccccceeeeeeeeffgg

iiiiiiiiiiiiiiii

llllllllllnnnnn

nnnnnnnnnnnnooooo

ooooooocpprrrr

ssssssttttttttt

uuuuuuuuuuuuuww

yyyyy11122,,,,,

BARACK HUSSEIN OBAMA, II

Male August 4, 1961 724 P

Honolulu Oahu

Kapiolani Maternity & Gynecological Hospital

Honolulu Oahu Honolulu, Hawaii

6085 Kalanianaole Highway

BARACK HUSSEIN OBAMA African

25 Kenya, East Africa Student University

STANLEY ANN DUNHAM Caucasian

18 Wichita, Kansas None

# AA EE KK MM

# RR SS UU ss

# aaaaaaa cc

# ee ff gg ii

# ll nn pp rr

# tttttttt

# uu y y 1122





MICHAEL GERLICK
Notary Public, State of Florida
My Comm. Expires Nov. 29, 2013
No. DD943069

**Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org**



# The American Typewriter

## How a Young Computer Graphics Person Could Not Understand How to Use a Computer to Forge a Typewritten Document.

It's been some 30 years since we have used typewriters to produce documents. Computers have replaced the typewriter and given us great advantages in document preparation. There is no need to understand the old typewriter. Except when you need to forge a typewritten document.

A computer in the hands of a young person who can creat a modern forgery is no match for the old style quirky mechanical typewriter. The forger who produced the Obama Hawaiian Long Form Health Department Birth Certificate may have thought that all typewriter typeface styles were alike. To get his letters he should have assumed that he needed only to match typewritten letters found in the old files of Hawaii birth certificates to scan ... copy and paste into his new document. Those old files should be all alike having been used to produce birth certificates in the 1961 era.

He must have understood that he needed to copy the old typewriter styles and would find them in the files.

But understanding scanners ... he also had to know that scanning a letter "t" one time and using it all over his document would be conviction assured. Because scan lines engage a letter differently every time it's done. So he scanned a bunch of old birth certificates and used a different "t" each time.

The mistake was that many of the letters in the old files were from different typewriter styles and that's something he did not realize ... resulting in many typewritten letters on his forgery that did not match each other.

I hope this helps to explain what might have happened with this document.

Paul Irey

**Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org**

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | | DEPARTMENT OF HEALTH |
|---|---|---|---|
| | FILE NUMBER 151 | | 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | | 1c. Last Name |
|---|---|---|---|
| BARACK | HUSSEIN | | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | | | 6b. Island |
|---|---|---|---|---|
| Honolulu | | | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|---|
| Kapiolani Maternity & Gynecological Hospital | | Yes ☒  No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|---|
| 6085 Kalanianaole Highway | | Yes ☒  No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐  No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. | | 18b. Date of Signature |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | Signature of Parent or Other Informant ▶ *Stanley Ann Dunham Obama*  Parent ☒ Other ☐ | 8-7-61 |

| 19a. | | 19b. Date of Signature |
|---|---|---|
| I hereby certify that this child was born alive on the date and hour stated above. | Signature of Attendant ▶ *David A. Sinclair*  M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | ▶ *U K Lee* | AUG -9 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25, 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH.

*Alvin T. Onaka, Ph.D.*
STATE REGISTRAR

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

BARACK HUSSEIN OBAMA, II
Male August 4, 1961 724 P
Honolulu Oahu
Kapiolani Maternity & Gynecological Hospital
Honolulu Oahu Honolulu, Hawaii
6085 Kalanianaole Highway
BARACK HUSSEIN OBAMA African
25 Kenya, East Africa Student University
STANLEY ANN DUNHAM Caucasian
18 Wichita, Kansas None

Every typewriter typed character is assigned a number in the order it is found in the document.

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

# EVIDENCE OF FORGERY

The two capital letters "**A**"s are from the word "**BARACK**" on the birth certificate found at section 8 of the form. There is only one letter between them. Why then is #144 significantly bigger than #146 if the same type-writer key struck both.?

From Section 8

A   A
144   146

BARACK
143 144 145 146 147 148

Notice the other differences seen in the same word from different locations on the birth certificate. All the letters look different. Why?

The two capital letters "**R**" are from the same word "**BARACK**" as above and the other word "**BARACK**" in section 1 of the form. Why then is #3 significantly shorter and wider than #145 if the same typewriter key struck both? Note also the enclosed area in #145 is smaller than the enclosed area in #3 even though #145 is taller.

R   R
3   145

From Section 1

BARACK
1 2 3 4 5 6

The two lower case letters "**s**" from the word "**Hospital**" in section 6c and "**University**" in section 12b are shown to be different because of the width of the letters. The lower case "**s**" #88 is wider than the lower case "**s**" in #198 as shown with the green and purple color bars shown under the letters.

From Section 6c

Hospit
86 87 88 89 90 91

s   s
88   198

From Section 12b

ersity
196 197 198 199 200 201

The two numbers "**2**" are from "**7:24**" in section 5b and section 10 of the form. Why then is #40 significantly wider than #168? Notice also the difference in height of #168. Can you imagine how these two typewritten letters were typed with the same typewriter?



2   2
40   168

From Section 5b

7:24
39   40 41

From Section 10

25
168 169

Page 1 of 3

Presentation & Report by Paul Ivey - Typography and Type Face Expert - Copy Courtesy of ProtectMarriage.com

The two lower case letters "a" from the word "Male" found in section 2 and the word "Kapiolani" found in section 6c. Notice that the first "a" #23 is not as wide as #56. Also note the differences of the shape of the enclosed areas and the serifs at the top left of both.



23    56

**From Section 2**

Male

22  23  24  25

**From Section 6c**

Kapio

55  56  57  58  59

The two lower case letters "i" from the word "University" in section 12b and "Kapiolani" in section 6c are shown to be different because of the dots over the letters. The dot in #199 is higher that of #58 and shows more space over the letter. Also note the color bars indicating the difference in width between the letters.



199    58

**From Section 12b**

ersity

196 197 198 199 200 201

**From Section 6c**

piola

57  58  59  60  61

The two capital letters "S" are from "HUSSEIN" in section 8 and "STANLEY" in section 13 of the form. Why then is #151 significantly more narrow than #201? Notice also the serif differences indicated with the arrows showing that the serif on #151 is placed further back to the left on the "S" than as shown on #201.



151    201

**From Section 8**

HUSSEI

149  150  151  152  153  154

**From Section 13**

STANLE

201 202 203 204 205 206

The two lower case "n" letters are different in size. #62 found in section 6c is much shorter than #193 found in section 12b. This is a good place to insert a photo of a typewriter key to remind us that the impression is struck by an engraved letter that is steel and incapable of changing size.


Close up of a Typewriter Key flopped for clarity



62    193

**Page 2 of 3**

**From Section 6c**

iolani

58  59  60  61  62  63

**From Section 12b**

Univer

192 193 194 195 196 197

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters "e" #25 from the word "Male" found in section 2 and the word "Maternity" found in section 6c show us that #25 is from a different design of type style with a tilting horizontal bar and #25 is also bigger in size.



From Section 2

**Male**
22  23  24  25

From Section 6c

**Materni**
64  65  66  67  68  69  70

---

The two lower case letters "u" from the word "Honolulu" #101 from section 6a and "Oahu" #105 from section 6b are shown to be different in width as indicated with the color bars above the letters. Also note the different design of the bottom part of the letters.



101    105

From Section 6a

**onolulu**
95  96  97  98  99  100  101

From Section 6b

**Oahu**
102  103  104  105

---

The two numbers "1" from the date "1961" #35 from section 5a and  "18 Wichita" #225 from section 15 are shown to be different in width as indicated with the color bars below the letters. Also note the different design of the bottom part of the letters.



35    225

From Section 5a

**1961**
35  36  37  38

From Section 15

**18 Wich**
225  226  227  228  229  230

---

The Word "Student" found in section 12a of the birth certificate was the first problem I noticed because it was one word with two variations of the letter "t" and was clearly a different drawing of the letter mainly displaying a different extension at the bottoms of those letters.   As a typographer I could see no reason for a different stlyle of letter within the same word. Other examples on the page seem to suggest that perhaps the form was transfereed to different departments to fill out different sections ... but that could not happen with one word.  Later study showed that too many of the letters on the birth cert.did not match each other ... even for many typist.

**Student**
↑ Page 3 of 3    ↑

Presentation & Report by Paul Irey - Typography and Type Face Expert.  Copy courtesy of: Protect Our Liberty.org

# If all the letters are from the same typewriter ... why don't they match?  It appears that it was put together with letters from different sources and this means it's a forgery!

Paul Irey can be reached via email at:  pauledwardirey (at sign) yahoo.com
A full color high-res copy of this report can be viewed and downloaded at:  http://www.scribd.com/doc/5 le 24894/

# Exhibit 10

Certification of Nomination of Al Gore issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2000.

## Democratic Party of Hawai'i

404 Ward Avenue, Suite 201
Honolulu, Hawai'i 96814
Voice (808) 596-2980   Fax (808) 596-2985
http://www.hawaiidemocrats.org
e-mail: democrats@hawaiidemocrats.org



### OFFICIAL CERTIFICATION OF NOMINATION

#### State of Hawaii

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the United States Constitution and are the duly chosen candidates of both the state and the national Democratic Parties by balloting at the Presidential Preference Poll and Caucus held March 7, 2000 in the State of Hawaii and by acclamation at the National Democratic Convention held August 14 – 17, 2000 in Los Angeles, California.

#### For President of the United States

Al Gore
350 Cookeville Highway
Carthage, Tennessee 37030

#### For Vice President of the United States

Joe Lieberman
10 Alston Avenue
New Haven, Connecticut 06515

IN TESTIMONY WHEREOF we have hereunto set our hands on this 8th day of September, 2000.

Alfred J. Cardoza
2222 Citron Street, #303
Honolulu, Hawaii 96826
Vice Chair, Democratic Party of Hawaii

Cynthia Apana
2222 Citron Street, #303
Honolulu, Hawaii 96826
Secretary, Democratic Party of Hawaii

Walter M. Heen, Chair • Wilma M. Santos, Vice-Chair • Y. Ben Sugimura, Treasurer • Nayson T. Tani, Assistant Treasurer
Joy Kobashigawa, Corresponding Secretary • Mona Mims Lee, Recording Secretary
George R. Ariyoshi, National Committeeman • Jennifer R. Agbayani, National Committeewoman

# Exhibit 11

Certification of Nomination of John Kerry issued by Democratic
Party of Hawaii to the Elections Division in the State of Hawaii
in 2004

Democratic Party of Hawai'i
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawai'i 96813
Phone (808) 596-8920
Fax (808) 592-8975
Email: statechair@hawaiidemocrats.org
Website: hawaiidemocrats.org

## OFFICIAL CERTIFICATION OF NOMINATION

### State of Hawai'i

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the United States Constitution and are the duly chosen candidates of both the state and the national Democratic Parties by balloting at the Presidential Preference Poll and Caucus held May 30, 2004 in the State of Hawaii and by acclamation at the National Democratic Convention held July 26, 2004 in Boston, Massachussetts.

### For President of the United States

**John Kerry**
19 Louisburg Square
Boston, Massachusetts 02108

### For Vice President of the United States

**John Edwards**
3323 Alleghany Drive
Raleigh, North Carolina 27609

IN TESTIMONY WHEREOF we have hereunto set our hands on this 31st day of August, 2004.

_____          _____
Brickwood M. Galuteria              Edmund Aczon
770 Kapiolani Boulevard, Suite 115   770 Kapiolani Boulevard, Suite 115
Honolulu, Hawaii 96813              Honolulu, Hawaii 96813
Chair                               Secretary
Democratic Party of Hawaii          Democratic Party of Hawaii

Brickwood M. Galuteria, Chair ● Stephanie Ohigashi, Vice Chair ● Edmund Aczon, Secretary ● Jane Sugimura, Treasurer
Richard Port, National Committeeman ● Marie D. Strazar, National Committeewoman

# Exhibit 12

## Certificate of Nomination of Barack Obama issued by Democratic Party of Hawaii to the Elections Division in the State of Hawaii in 2008



Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814
Phone (808)596-2980
Fax (808)596-2985
Email: dphstaff@inbox.com
Website : www.hawaii.democrats.org

## OFFICIAL CERTIFICATION OF NOMINATION

### State of Hawai`i

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the national Democratic Parties balloting at the Presidential Preference Poll and Caucus held on February 19th, 2008 in the State of Hawaii and by acclamation at the National Democratic Convention held August 27, 2008 in Denver, Colorado.

**For President of the United States**

**Barack Obama**
P.O. Box 8102
Chicago, IL, 60680

**For Vice President of the United States**

**Joe Biden**
1209 Barley Mill Rd.
Wilmington, DE 19807

IN TESTIMONY WHEREOF we have hereunto set our hands on this 27th day of August, 2008.

_____
Brian E. Schatz
Chair
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814

_____
Lynn Matusow
Secretary
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814

*(stamp:)* OFFICE OF ELECTION  '08 AUG 28 A11:40

# Exhibit 13

Certificate of Nomination of John Kerry by Democratic National
Committee sent to the State of Hawaii in 2004



**FILED**

2004 AUG -2 AM 9:57

DEPARTMENT OF STATE
DIVISION OF ELECTIONS

DEMOCRATIC NATIONAL COMMITTEE
**OFFICIAL CERTIFICATION OF NOMINATION**

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Boston, Massachusetts on July 26 though 29, 2004, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively:

**For President of the United States**
**John F. Kerry**
19 Louisburg Square
Boston, Massachusetts 02108

**For Vice President of the United States**
**John Edwards**
3323 Alleghany Drive
Raleigh, North Carolina 27609

_Bill Richardson_

Chair, Democratic National
Convention

_Alice Germond_

Secretary, Democratic National
Convention

| | |
|---|---|
| Commonwealth of Massachusetts | ) |
| | ) ss: |
| County of Suffolk | ) |

Before me on this 29th day of July 2004 personally appeared BILL RICHARDSON AND ALICE TRAVIS GERMOND, to me known or proved to me on the basis of satisfactory evidence, which were for each _licenses_ _____, to be the persons who executed the foregoing instrument as Chair and Secretary, respectively, of the 2004 Democratic National Convention, in behalf of the 2004 Democratic National Convention, and each having acknowledged that they executed the same as their own free act and deed, and as the free act and deed of said 2004 Democratic National Convention.

_Lynn Gaseidnes_

Notary Public

My commission expires: _____

Lynn B. Gaseidnes, Notary Public
My Commission Expires August 28, 2009

Democratic Party Headquarters ≈ 430 South Capitol Street, SE ≈ Washington, DC, 20003 ≈ (202) 863-8000 ≈ Fax (202) 863-8174

Contributions to the Democratic National Committee are not tax deductible.

# Exhibit 14

## Certificate of Nomination of Barack Obama by Democratic National Committee in 2008 sent to 49 states



### DEMOCRATIC NATIONAL COMMITTEE

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively:

### For President of the United States

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver )
) ss:
State of Colorado )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28th day of August, 2008.

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Notary Public

September 06, 2011
Commission expiration date

Democratic Party Headquarters ▪ 430 South Capitol Street, SE ▪ Washington, DC, 20003 ▪ (202) 863-8000 ▪ Fax (202) 863-8174
*Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.*
Visit our website at www.democrats.org.

# Exhibit 15

Certificate of Nomination for Barack Obama by Democratic

National Committee sent to the Office of Elections of the State

of Hawaii in 2008 (with edited wording)



**DEMOCRATIC NATIONAL COMMITTEE**

## OFFICIAL CERTIFICATION OF NOMINATION

THIS IS TO CERTIFY that at the National Convention of the Democratic Party of the United States of America, held in Denver, Colorado on August 25 though 28, 2008, the following were duly nominated as candidates of said Party for President and Vice President of the United States respectively and that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the United States Constitution:

### For President of the United States

**Barack Obama**
5046 South Greenwood Avenue
Chicago, Illinois 60615

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Road
Wilmington, Delaware 19807

OFFICE OF ELECTIONS   '08 AUG 28 AM 140

Nancy Pelosi
Chair, Democratic National
Convention

Alice Travis Germond
Secretary, Democratic National
Convention

City and County of Denver    )
                             )    ss:
State of Colorado            )

Subscribed and sworn to before me in the City and County of Denver, State of Colorado, this 28th day of August, 2008.

Notary Public

September 6, 2011
Commission expiration date

SHALIFA A. WILLIAMSON
Notary Public
State of Colorado
My Commission Expires September 06, 2011

Democratic Party Headquarters ■ 430 South Capitol Street, SE ■ Washington, DC, 20003 ■ (202) 863-8000 ■ Fax (202) 863-8174
Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.
Visit our website at www.democrats.org.

# Exhibit 16

Barack Obama's School Registration (Gradebook) No. 203 for ASSISSI School in Jakarta, Indonesia, showing his citizenship as Indonesian , his name as Barry Soetoro (last name of his stepfather), and his religion is Islam.