Dr. Orly Taitz, ESQ
29839 Santa Margarita, ste 100
Rancho Santa Margarita, CA 92688
Ph. 949-683-5411 fax 949-766-7603
Pro se plaintiff

# IN THE US DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DR. ORLY TAITZ, ESQ<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN SEBELIUS,<br>In her capacity of Secretary of<br>Health and Human Services et.al.<br><br>Defendant. | Case No.: **3:12-cv-03251-P**<br><br>VIOLATION OF 14TH AMENDMENT EQUAL PROTECTION RIGHTS, ESTABLISHMENT CLAUSE ARTICLE 2 SEC 1 OF COSTITUTION INJUNCTIVE RELIEF, STAY DECLARATORY RELIEF RICO, PREDECATE CRIMES: FRAUD, AIDING AND ABETTING FORGERY AND UTTERING OF FORGED DOCUMENTS TO COMMIT ELECTIONS FRAUD<br><br>7TH AMENDMENT JURY DEMANDED |

## REPLY TO ORDER TO JUSTIFY VENUE

## BACKGROUND

1

The case Taitz v Sebelius et. al was originally filed in the U.S. District Court Central District of California on July5, 2012. The complaint Challenges the constitutionality of the Patient Protection and Affordable Act 26 USC 5000A. On August 16, 2012 the District Judge Dolly M. Gee dismissed the case without prejudice for lack of venue. Plaintiff re-filed the Complaint in Northern District of Texas due to the fact that one of the non-federal defendants William Chatfield resides in Northern District of Texas, Dallas Division.

## Argument

In her decision from August 16, 2012, the District Judge Gee ordered to dismiss the Complaint without prejudice for lack of venue on the basis that none of the any non-federal defendant reside in the Central District of California.

28 U.S.C. § 1391(e)(1)(C) states that Non-federal defendants may be joined in such a civil action if the plaintiff demonstrates that venue is proper for such non-federal defendants under "other venue requirements as would be applicable if the United States or one of its officers, employees, or agencies were not a party."In her decision, Judge Gee pointed that Defendant William Chatfield is a non-federal defendant and does not reside in CA, Exhibit 1 Ruling by Judge Gee. Due to the fact that defendant Chatfield resides in the Northern District of TX, Plaintiff Taitz

2

properly re-filed the case in the Northern District of TX. The venue is proper. As the complaint was originally filed on July 5th and all the parties were served on July 5, 2012, and current complaint was refiled in order to change venue, Taitz is requesting an expedited Motion hearing on her motion to stay Healthcare penalties/ Healthcare tax, which was originally scheduled in CA on August 10th and had to be rescheduled. This case has national importance and expedited hearing is warranted.

Respectfully submitted

/s/ Dr. Orly Taitz ESQ
08.31.2012

## Proof of Service

I, Yulia Yun, over 18 years old and not a party to this case, declare under penalty of perjury that I served the copy of the above pleadings on the parties by sending a true and correct copy of the above documents in by the US mail at the addresses below:

Kathleen Sebelius
Via the Office of the U.S. District Attorney
For Northern District of Texas
1100 Commerce st. 3rd floor
Dallas, TX 75242

Barack Hussein Obama
Via the Office of the U.S. District Attorney
For Northern District of Texas
1100 Commerce st. 3rd floor
Dallas, TX 75242

Michael Astrue
Via the Office of the U.S. District Attorney
For Northern District of Texas
1100 Commerce st. 3rd floor
Dallas, TX 75242

Eric Holder
Via the Office of the U.S. District Attorney
For Northern District of Texas
1100 Commerce st. 3rd floor
Dallas, TX 75242

William Chatfield
1517 Bonham CT
Irving, TX 75038

Nancy Pelosi
Democratic Party Headquarters
430 South Capitol St. SE
Washington DC, 20003

Brian Schatz
1050 Ala Monana Blvd. #2660
Honolulu, HI 96814

Lynne Matusow

1050 Ala Monana Blvd. #2660
Honolulu, HI 96814


Alvin Onaka
Via the Department of Attorney General
425 Queen Street
Honolulu, HI 96813

Alice Travis Germond
Democratic Party Headquarters
430 South Capitol St. SE
Washington DC, 20003

"Obama for America"
P.O. Box 803638,
Chicago, IL, 60680


Yulia Yun

08/31/12