AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) __Brian Schatz__
was received by me on (*date*) __08/26/2012__.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☒ other (*specify*): __By mailing a correct copy to the Defendants by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yuen__
Printed name and title

__3400 W. Thornton Ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* __"Obama for America"__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)*: __By mailing a correct copy to the Defendant by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yun__
Printed name and title

__3400 W. Thornton Ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nancy Pelosi__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: __By mailing a correct copy to the Defendant by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yuen__
Printed name and title

__3400 W. Thornton Ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* __Alice Trays Germoud__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: __By mailing a correct copy to the Defendant by certify mail (U.S. Postal, prepared). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yun__
Printed name and title

__3400 W. Thornton Ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* __Lynne Matusow__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: By mailing a correct copy to the Defendant by certify mail (U.S. Postal, prepaid). (See Receipt attached)

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

Yulia Yuen
Printed name and title

3400 W. Thornton Ave. Anaheim CA, 92804
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kathleen Sebelius__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: __By mailing a correct copy to the Defendants by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yun__
Printed name and title

__3400 W. Thornton Ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DALLAS TX 75242

| | | |
|---|---|---|
| Postage | $8.75 | 0497 |
| Certified Fee | $2.95 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $14.05 | 08/30/2012 |

Sent To: Kathleen Sebelius
Street, Apt. No.; or PO Box No.: 1100 Commerce St 3rd Fl
City, State, ZIP+4: Dallas TX 75-242

PS Form 3800, August 2006    See Reverse for Instructions

7012 0470 0000 5943 0505