AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __Barack Hussein Obama__
was received by me on (*date*) __08/26/2012__.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☒ other (*specify*) __By mailing a correct copy to the Defendants by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yun__
Printed name and title

__3400 W. Thornton ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Eric Holder___
was received by me on *(date)* ___08/26/2012___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)*: ___By mailing a correct copy to the Defendants by certify mail (U.S. Postal, prepaid). (See Receipt attached)___

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___.

I declare under penalty of perjury that this information is true.

Date: ___08/31/2012___

_____
Server's signature

___Yulia Yun___
Printed name and title

___3400 W. Thornton ave. Anaheim CA, 92804___
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* __Alvin Ogaka__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)* __By mailing a correct copy to the Defendant by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yuen__
Printed name and title

__3400 W. Thornton ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-03251-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Michael Astrue__
was received by me on *(date)* __08/26/2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: __By mailing a correct copy to the Defendant by certify mail (U.S. Postal, prepaid). (See Receipt attached)__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __08/31/2012__

_____
Server's signature

__Yulia Yuen__
Printed name and title

__3400 W. Thornton ave. Anaheim CA, 92804__
Server's address

Additional information regarding attempted service, etc:

