IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. ORLY TAITZ, ESQ., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-03251-P |
| | § | |
| KATHLEEN SEBELIUS, Secretary, | § | |
| Health and Human Services, *et al.*, | § | |
| Defendants. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Defendants Kathleen Sebelius, Barack Obama, Nancy Pelosi, Michael Astrue, Eric Holder, and William Chatfield advise the Court and other parties to this action that this case has been assigned within the Office of the United States Attorney for the Northern District of Texas to Lisa R. Hasday, Assistant United States Attorney. It is requested that the Clerk of Court enter Ms. Hasday's name on the docket as counsel for the above-named defendants and that all notices and papers for this case be given and served upon her at the address below. By filing this notice, the above-named defendants do not waive service of process.

    Respectfully submitted,

    SARAH R. SALDAÑA
    UNITED STATES ATTORNEY

    /s/ Lisa R. Hasday
    Lisa R. Hasday
    Assistant United States Attorney
    Texas State Bar No. 24075989
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214.659.8737
    Facsimile: 214.659.8807
    Email: Lisa.Hasday@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that, on September 10, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's electronic case filing system.  I also certify that a copy of this document will be served on *pro se* plaintiff Orly Taitz, 29839 Santa Margarita Parkway, Suite 100, Rancho Santa Margarita, California 92688, by U.S. mail.

    /s/ Lisa R. Hasday
    Lisa R. Hasday
    Assistant United States Attorney