IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| DR. ORLY TAITZ, ESQ., §<br>        Plaintiff, §<br>§<br>v. §<br>§<br>KATHLEEN SEBELIUS, Secretary, §<br>Health and Human Services, *et al.*, §<br>        Defendants. § | Civil Action No. 3:12-cv-03251-P |

## FEDERAL GOVERNMENT DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL

The Department of Justice has reassigned this case to Scott Risner, Trial Attorney in the Civil Division. Accordingly, it is requested that the Clerk of Court strike the name of Lisa R. Hasday, Assistant United States Attorney, and substitute Scott Risner, as counsel of record for Defendants Sebelius, Obama, Astrue, Holder, and Chatfield.[1]

Dated: September 14, 2012.        Respectfully submitted,

                                        STUART F. DELERY
                                        Acting Assistant Attorney General

                                        SHEILA M. LIEBER
                                        Deputy Branch Director

                                        */s/ Scott Risner*
                                        SCOTT RISNER (MI Bar #P70762)
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch

---

[1] The Department of Justice does not presently represent Defendant Nancy Pelosi, who the complaint indicates is sued "in her capacity [as] the chairwoman of the 2008 Democratic National Convention and signor of the certificate of nomination for candidate for President Obama." Compl. 1-2.

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone:  (202) 514-2395
Facsimile:  (202) 616-8470
E-mail: scott.risner@usdoj.gov

Attorneys for Federal Government Defendants

## CERTIFICATE OF SERVICE

  I certify that, on September 14, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the Court's electronic case filing system. That system sends a "Notice of Electronic Filing" to the following *pro se* plaintiff:

Orly Taitz
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

                 /s/ Scott Risner
                 Scott Risner