Dr. Orly Taitz ESQ.
29839 Santa Margarita Pkwy Suite 100
Rancho Santa Margarita, CA 92688
Phone (949) 683-5411 fax (949) 766-7603
Email: Orly.taitz@gmail.com
CA Bar license 223433
Counselor for Plaintiffs

# IN THE US DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| DR. ORLY TAITZ, ESQ<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN SEBELIUS,<br>In her capacity of Secretary of<br>Health and Human Services et.al.<br><br>Defendant. | Case No.: **3:12-cv-03251-P** |

Notice of filing of Petition to Multidistrict Litigation Panel to coordinate and consolidate cases.

Petition for stay certification of votes for Candidate Obama pending decision of the panel of Multi-district litigation and pending resolution of underlying controversy on the merits.

Plaintiffs herein filed a Petition to the Multidistrict litigation to coordinate and consolidate cases. As defense noted in its' response to the motion for preliminary injunction, there are other cases filed in other districts dealing with the same core controversy, namely use by Candidate to the U.S. Presidency, citizen of Indonesia and possibly still citizen of Kenya, Barack Obama, of a forged selective service certificate, forged birth certificate and the fraudulently obtained Connecticut

Social Security number, which was never assigned to Barack Obama according to E-Verify and SSNVS.

While the other cases are cases on point, seeking removal from the ballot or alternatively denial of certification of votes of candidate, Obama due to elections fraud and use of forged/ fraudulently obtained IDs, case at hand has Obama's legitimacy at its' core as well, as one of the arguments against the individual mandate of the Affordable Care Act is the fact that it was signed into law by an individual, who was never legitimate to the position he held.

Attached is a petition filed with the Panel for multidistrict litigation seeking to coordinate and consolidate above case in order to avoid conflicting rulings and for judicial economy. While Multidistrict panel is reviewing the petition for consolidation, Plaintiff is seeking a stay in certification of votes for candidate Obama in every district, where the case was filed, in light of overwhelming evidence of fraud and forgery in his IDs. Based on the precedent of <u>Miller v Campbell</u>, 3:10-cv-252 U.S. District Court of Alaska this court should grant a STAY of certification of elections pending full resolution of the Constitutional claims brought herein.

Argument

Plaintiff incorporates by reference as if fully pled herein petition for coordination and consolidation of cases in front of Multidistrict litigation panel.

.In 2010 a challenge to the certification of votes for Candidate for the U.S. Senate Lisa Murkowski was filed in the U.S. District court for the District of Alaska. In <u>Miller v Campbell</u> 3:10-cv-252 RRB U.S. District Court Judge Ralph Beistline ruled:

"...Therefore, for the reasons articulated above and by Defendants in their Motion to Dismiss for Lack of Federal Question Jurisdiction or in the

Alternative to Abstain at Docket 17, which Plaintiff responded to at Docket 20, this matter is hereby **STAYED** so that the parties may bring this dispute before the appropriate State tribunal. The Court shall retain jurisdiction pursuant to Pullman and will remain available to review any constitutional issues that may exist once the State remedies have been exhausted. In order to ensure that these serious State law issues are resolved prior to certification of the election, the Court hereby conditionally **GRANTS** Plaintiff's motion to enjoin certification of the election. If an action is filed in State Court on or before **November 22, 2010**, the results of this election shall not be certified until the legal issues raised therein have been fully and finally resolved. **IT IS SO ORDERED.** ENTERED this 19th day of November, 2010.S/RALPH R. BEISTLINE UNITED STATES DISTRICT JUDGE". Based on the precedent of Miller v Campbell Plaintiffs are seeking an emergency STAY of the certification of 2012 votes for candidate Obama pending resolution of all state and constitutional violations, specifically pending discovery and adjudication on the merits of the controversy of the Candidate for the U.S. Presidency Obama using a Social Security number from a state where he never resided, which was never assigned to him according to E-Verify and SSNVS, using a forged Selective Service Certificate, forged Birth Certificate, a last name, which is not legally his and running for the U.S. President, while being a citizen of Indonesia and possibly still citizen of Kenya.

In the interest of the U.S. National Security it is imperative that this court follow the precedent of <u>Miller v Campbell</u> and issue Stay of Certification of votes for Candidate Obama pending coordination and consolidation by the Multidistrict Litigation panel and pending adjudication on the merits.

<u>Likelihood of success on the merits</u>

The Plaintiff is certain to succeed on the merits, as the exhibits provided in the first amended complaint provide undeniable proof that Obama does not possess any valid identification papers and got in the White House by virtue of fraud and use of forged IDs.

<u>Irreparable Harm</u>

Plaintiff is a civil rights leader who has been subjrected to unrelenting harassment, persecution and intimidation specifically becaude of her legal work in challenging qualifications of Barack Obama. Her and her husband's cars were tampered with.  She received countless death threats. She was attacked by pro-Obama media, which was inciting violence against her. Noteworthy are attacks on MSNBC, specifically by nationally syndicated talk show host Chris Mathews, who stated "Orly Taitz is a malignanacy…She needs to be tied up like a witch to the stake. I want you to tie her up like a witch to the stake". Pursuant to this incitement crazy Obama supporters called Taitz and wrote to her spewing death threats. Taitz will be able to provide for the court her cell phone with recorded death threats on it.

Of stay is not issued and the matter is not ultimately resolved on the merits, Taitz will suffer irreparable harm, as her very life is in danger. On the other hand in balancing the hardships, there is no possible harm to the defendants, as certification of Obama's votes will only be stayed temporarily, and if indeed he is not eligible for the position, he cannot be possibly harmed by something that he was never entitled to in the first place.

<u>Public policy</u>

STAY is beneficial for public policy.

a. It appear to be axiomatic and self explanatory in that the public will benefit from clean and lawful elections.

b. The public has a strong interest in ensuring both that the results of elections are accurate, *see, e.g., Am. Ass'n of People With Disabilities v. Shelley,* 324 F. Supp. 2d 1120, 1131 (C.D. Cal. 2004) ("[T]he public interest in the accuracy of the upcoming election cannot be overestimated."), and that its election laws are enforced properly, *see, e.g., Texas Democratic Party v. Benkiser,* 459 F.3d 582, 595 (5th Cir. 2006) ("It is beyond dispute that the injunction serves the public interest in that it enforces the correct and constitutional application of Texas's duly-enacted election laws."); *Watland v. Lingle,* 85 P.3d 1079 (Haw. 2004) (Acoba, J., concurring) ("It was contrary to the public interest to tabulate

and certify the results [of an election to ratify an amendment to the state constitution] when there was a substantial likelihood that Plaintiffs would ultimately prevail. . . . [T]he public interest factor weighed heavily in favor of determining beforehand the question of procedural validity raised by Plaintiffs.").

Preserving a fair electoral process is fundamental to democracy. The rule of law has to be followed.

## CONCLUSION

Based on all of the above application for STAY should be granted.

/s/ Orly Taitz ESQ
10.07. 2012

Certificate of service is filed as a separate attachment
Cc

Darrel Issa

Chairman of the House oversight committee

2157 Rayburn House Office Building,

Washington, DC 20515

Congressman Lamar Smith,

Chairman of the Judiciary Committee

House of Representative

2409 Rayburn House Office Building,

Washington, DC 20515

Public Integrity Unit Department of Justice

U.S. Department of Justice

Criminal Division

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

Michael E. Horowitz

Inspector General

Department of Justice

Office of the Inspector General

U.S. Department of Justice

950 Pennsylvania Avenue, N.W.

Room 4706

Washington, D.C. 20530

UN Nations committee for civil rights defenders

OHCHR in New York
UN New York Headquarters
New York, NY 10017
USA

Inter-American Commission for Human rights
1889 F St., NW,
Washington, D.C., USA 20006