65. Taitz and her plaintiffs were the whistleblowers against Obama. Through his actions Land engaged in intimidation of a whistleblower in order to cover up crimes committed by Obama.

66. Members of the media used demeaning and defamatory comments by Land in order to assassinate her character. In a number of cases attorneys were not willing to work with her because of demeaning comments and sanctions assessed by Land

67. Taitz suffered a damage of $20, 000.

68. All of the Plaintiffs suffered damage, as Lands ruling was used by other courts, and other plaintiffs were denied their right for redress of grievances against Obama's usurpation of the U.S. Presidency, when   U.S. attorneys and AG attorneys used Land's decision to attack Taitz and others    in different courts.

69. All of the defendants (aside from defendants Feinstein and Emken)  acted with an intent to defraud. Plaintiffs were intended victims and foreseeable victims. Plaintiffs suffered financial damages, defamation, humiliation, harassment and emotional distress as a result of fraud committed by the Defendants.

### *g)* **Aiding and Abetting Fraud  by Defendant Patrick R. Donahoe**

70. Taitz submitted to Donahoe a complaint, which provided Donahue with evidence of Obama committing fraud and using a forged postal stamp on his alleged Selective Service certificate. Namely, U.S. postal stamp which was affixed to Obama's Selective Service certificate contained only two digits"80" , while other documents from 1980 showed a 4 digit postal stamp "1980".

71. Additionally Taitz forwarded to Donohue a video-tape with presentation by Sheriff Joseph Arpaio of Maricopa  county Arizona, showing how Obama's selective service certificate was forged and how 2008 postal stamp was cut in half, reversed and used as 1980 stamp with only two digits "80"  .

Donahue had in front of him evidence of the most serious crime being committed: most serious breach of the U.S. national Security and use by a foreign national a forged U.S. postal stamp in order to get into the position of the U.S. President.

Donahoe became criminally complicit when he took no action and covered up this crime.

h) Fraud by defendant CNN

72. In and around of April of 2011 CNN issued a report "Busting The Birther Conspiracy Theory. President's long form birth certificate released more than a year ago". Exhibit 11 A video clip of the report can be seen on You-tube http: //us.mg6.mail.yahoo.com/neo/launch?.rand=71sdc0s28p5ea. Within the report CNN placed a microfilm of a birth certificate from the state of Hawaii claiming it to be a birth certificate of Obama. Upon magnification of the image, it is clear that this is not a microfilm of Obama's birth certificate, but an image of a certificate of a completely different person.(Exhibit 12). CNN, who claims to be a reputable news organization acted with a breathtaking malice, fraud and criminality. CNN, through its' agents, its producers, directors, anchor men and other employees and agents placed a microfilm of a birth certificate of another person, claiming it to be a microfilm of Obama's birth certificate.

73. Public believed the fraud committed by CNN, believed that indeed that was the microfilm of Obama's birth Certificate.

74. As a result  multiple members of the public attacked Plaintiffs, as birthers, particularly Attorney Orly Taitz, who led the legal actions challenging Obama, and subjected them to abuse, harassment, intimidations, threats of bodily harm.

75. Damages suffered by the Plaintiffs are directly, actually and proximately related to fraud committed by CNN.

## SECOND CAUSE OF ACTION

## RICO

## Predicate crime-Fraud

76. Plaintiffs incorporate by reference all prior paragraphs as it relates to FRAUD as if fully pled herein.

"Obama for America" -Racketeering Influenced Corrupt Organization

Barack Hussein Obama created "Obama For America" as his fundraising organization for his Presidential run. At all times Obama was not eligible for the US presidency and he used "Obama for America" as a vehicle to defraud American citizens and get into the position of the U.S. President while using forged documents.

### DE-FACTO RICO ENTERPRISE, "ASSOCIATION-IN-FACT" RICO ENTERPRISE

77. Between 2007-2012 defendants acted together or in groups and created an "association- in- fact" enterprise, which is sufficient for RICO, even if "Obama for America" was not a RICO enterprise. Defendants acted directly or indirectly, personally or through agent or agents, employed the same or similar

methods of commission with the purpose to defraud, utter forged documents, commit wire and mail fraud, unlawfully procure citizenship and nationalization, obstruct justice and intimidate, harass, defame, slander and otherwise retaliate against witnesses, victims, informants and whistleblowers. Plaintiffs were victims of the acts of the racketeering or the acts of racketeering were otherwise interrelated by distinguishing characteristics and were not isolated events.

## PATTERN OF ONGOING RACKETEERING ACTIVITY

78. Fraud committed by defendants, who were acting directly or indirectly and committed fraud, which was on going from 2007 until now, for over four years. Actions by the defendants established a pattern of racketeering activity within the meaning of 18 U.S.C. §1962(c), in that their common purpose was to defraud, the common result was to defraud. Plaintiffs were victims of the acts of racketeering and the acts of racketeering were otherwise related by distinguishing characteristics and were not isolated events.

"Obama for America" -Racketeering Influenced Corrupt Organization

Barack Hussein Obama created "Obama For America" as his fundraising organization for his Presidential run. At all times Obama was not eligible for the US presidency and he used "Obama for America" as a vehicle to defraud American citizens and get into the position of the U.S. President while using forged documents.

## THIRD CAUSE OF ACTION

## RICO-MAIL AND WIRE FRAUD

Plaintiff includes, by reference, all prior paragraphs as if fully pled herein

79. Defendant Obama committed mail and wire fraud, when he posted on the Internet in and around April 27, 2012 a paper, which he claimed to be a true and correct copy of his long form birth certificate.

80. Obama committed mail and wire fraud, when he posted on the Internet on his site "Fight the smears" a paper, which he claimed to be his short form birth certificate.

81. Obama knew that he is committing fraud and intended to defraud in order to continue usurping the position of the U.S. President.

82. Obama committed fraud when he sent to 50 states in 2007-2008, as well as in 2011-2012 his declarations of candidacy. Obama used mail or other instrumentalities of the Interstate commerce to commit such fraud.

83. In and around November 19, 2011 Obama committed mail and wire fraud, when he through his agent, Deputy Campaign Manager Juliana Smoot, personally attacked and defamed Taitz: "RELEASE THE MUGS

By Julianna Smoot, Deputy Campaign Manager on November 19, 2011.

Yesterday, four Republicans in the New Hampshire State House allowed a hearing requested by Orly Taitz, the notorious dentist-lawyer-birther who wants President Obama officially removed from the state's primary ballot. So in honor of conspiracy theorists everywhere, we're re-releasing the campaign's limited-edition "Made in the USA" mugs. There's clearly nothing we can do to satisfy this crowd—or anyone else who insists on wasting time and energy on nonsense like this. But when it starts to make your head hurt, I've found the best remedy is to have some tea in my "Made in the USA" mug. Works like a charm. I recommend Earl Grey."

84. Obama knew that Taitz is submitting to different courts and elections commissions, including Ballot Law commission in New Hampshire true and

correct information showing Obama using all forged IDs and a stolen social Security number.

85. Obama acted with malice and using his employee, his assistant campaign manager he made a fraudulent statement, which he forwarded to millions of people via e-mails and other instrumentalities. This fraudulent statement was made to cover up fraud committed by him and in order to defame Taitz.

## FOURTH CAUSE OF ACTION

## RICO

## PREDICATE CRIME-MISPRISION OF FELONY-

## United States Code Title 18 § 4 Misprision of Felony

## (MISPRISION OF SOCIAL SECURITY FRAUD COMMITTED BY OBAMA)

86. **Title 18, §4** Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States is guilty of the federal crime of misprision of felony, shall be fined not more than $500 under this title or imprisoned not more

than three years, or both. (all defendants aside from Defendants Feinstein, Emken, Logan)

a. Defendants were put on notice of felony of Social Security Fraud, namely Barack Obama using a stolen Connecticut Social security number xxx-xx-4425, which was never assigned to Obama according to E-Verify and SSNVS

b. Defendants committed Misprision of Felony by concealing this fact and not making it known to a judge or other person in civil or military authority.

## FIFTH CAUSE OF ACTION

### RICO

### PREDICATE CRIME-MISPRISION OF  FELONY
### United States Code Title 18 § 4 Misprision of Felony
### (MISPRISION OF ELECTIONS FRAUD  BY OBAMA)

87.Defendants received from Plaintiffs evidence of Obama committing elections fraud by claiming to be a legitimate candidate for the U.S. Presidency, while in fact not being eligible and being on the ballot by virtue of fraud and by false pretenses, while using forged identification papers: forged birth certificate, forged selective service certificate, and forged Social Security ID.

 Defendants committed Misprision of Felony by concealing this fact and not making it known to a judge or other person in civil or military authority.

## SIXTH CAUSE OF ACTION

### RICO

### PREDICATE CRIME-MISPRISION OF  FELONY

### United States Code Title 18 § 4 Misprision of Felony

### (MISPRISION OF  USE OF A FORGED POSTAL STAMP ON THE SELECTIVE SERVICE CERTIFICATE  BY OBAMA)

**Plaintiffs incorporate by reference all prior paragraphs as if fully pled herein**

88. Defendants received from Plaintiffs evidence of Obama using a forged postal stamp on the Selective service certificate he is using. Defendants committed Misprision of Felony by concealing this fact and not making it known to a judge or other person in civil or military authority.

## SEVENTH CAUSE OF ACTION

### VIOLATION UNDER THE COLOR OF AUTHORITY

### OF  1ST/14TH AMENDMENT RIGHT-FREEDOM OF FREE SPEECH OF THE U.S. CONSTITUTION

### (AGAINST DEFENDANTS FEDERAL AND STATE AGENCIES)

89. Plaintiffs incorporate by reference all prior paragraphs as if fully pled herein.

90. First amendment of the U.S. Constitution and 14th Amendment as available to the States prohibits violation of the Free Speech by the Federal and State governmental agencies.

91. Lawful voting represents the highest embodiment, the highest manifestation of the Free Speech. Any action by the Federal or state agency is seen under the "Highest Scrutiny " test.

92.When representatives of Federal or State agencies under color of authority are aiding and abetting a criminal with forged IDs to run for the U.S. Presidency, they de- facto rob the citizens of their most sacred right to a political free speech, as they enable the usurpation of the U.S. Presidency by a foreign citizen with all forged Identification Papers, they rob the citizens of their right to  free election, turning elections into a sham, a well choreographed Hollywood production without any substance behind it.

93. As an actual and proximate result of the actions by the Defendants, the First /Fourteenth Amendment right to free speech of the Plaintiffs was violated.

94. First amendment right for Political Free Speech of Plaintiff Taitz was also violated by Defendant Judge Clay D. Land.

Taitz, as an attorney, brought in front of Land two legal actions on behalf of members of the U.S. military, seeking verification of legitimacy of Obama in light of his use of a forged Birth Certificate, forged Selective Service Certificate and fraudulently obtained Social Security number.

Land desired to silence political opposition to Obama regime.

Land abused his judicial discretion and abused Taitz and her clients verbally, psychologically and financially.

Land's actions were aimed to silence political speech against Obama's usurpation of the U.S. Presidency.

Land frivolously and callously attacked Taitz, claiming that bringing a legitimate legal action against Obama is somehow frivolous, and used his opinion and sanctions against Taitz as means of intimidation of political dissidents, civil rights attorneys and members of the U.S. military who were seeking Obama's removal from office due to his use of forged IDs.

95. Actions by the Defendants had a chilling effect on the free political speech of the Plaintiffs and every political dissident in the U.S.

96. Damages to civil right of political free speech, as well as financial damage of $20,000, associated costs and fees, legal fees, damage as a result of defamatory statements in the opinion by Land,   psychological damages and emotional distress associated with actions by Land.

## EIGHTH CAUSE OF ACTION

## VIOLATION OF  THE FIRST AMENDMENT / 14TH AMENDMENT RIGHT FOR REDRESS OF GRIEVANCIES UNDER COLOR OF AUTHORITY

(against defendants Federal and State Agencies and Defendant Land )

97. Plaintiffs brought their grievances relating to Obama's use of forged and fraudulently obtained IDs to Defendant's officials of the Federal and State governments.

98. Defendants violated Plaintiffs rights, did not provide a redress of Plaintiffs grievances and were complicit in Obama's violations of Plaintiff's rights.

99. Plaintiffs suffered damages as a result of violations by the Defendants.

Additionally Plaintiff  Taitz   suffered a violation of her right for redress of grievances by Defendant Land, who as a Presiding Judge arbitrarily refused to address   grievances by  Taitz's clients claiming abstention and attacked Taitz and her clients with defamatory statements and sanctions in order   to intimidate other dissidents and civil rights attorneys and prevent them from seeking a redress of grievances against Obama's usurpation of the U.S. presidency and against him placing his name on the ballot in 2012 election.

## NINETH CAUSE OF ACTION

## VIOLATION OF 5TH AMENDMENT OF DUE PROCESS AND 14TH AMENDMENT EQUAL PROTECTION RIGHTS OF THE PLAINTIFFS UNDER COLOR OF AUTHORITY.

100. Plaintiffs incorporate by reference all prior paragraphs.

Plaintiffs  were entitled to Due Process and Equal Protection.

Their rights were infringed upon by defendants Federal and State Agencies.

While State Agencies routinely removed from the ballots ineligible candidates, Defendants refused to do that with candidate Obama.

101. Additionally Plaintiff Taitz was denied her Due Process and Equal Protection rights by Judge Clay D. Land  when he denied her due process and

sanctioned her without giving her due process hearing on the issue of sanctions.

## TENTH CAUSE OF ACTION

## DEFAMATION

Plaintiff includes, by reference, all prior paragraphs as if fully pled herein

102. Obama directly and through his agents was committing fraud, while at the same time defaming and harassing Taitz and other plaintiffs, calling them "a side show" and "carnival barkers". On April 27, 2012 he released a forgery claiming it to be a true and correct copy of his long form birth certificate and simultaneously  defamed plaintiffs calling them "carnival barkers" and "a side show". Obama acted with malice and made a defamatory statement, which was understood by others as relating to plaintiffs, which lowered Plaintiff's standing in the community and caused damages.

103. Plaintiffs suffered defamation and humiliations, being attacked as "birthers", were called crazy, while they were telling the truth about the fact that defendant Obama is committing elections fraud and is using and uttering forged documents as proof of his eligibility for the U.S. Presidency.

104. Plaintiff Taitz received multiple death threats from Obama supporters who do not believe that their "messiah" is capable of committing elections fraud and use forged documents

105. From 2008 campaign until now Taitz and other Plaintiffs and patriots of this country suffered a total of nearly four years of humiliation, defamation, slander, persecutions, harassment, sanctions, tampering with vehicles, attacks on their families by some of the defendants.

106. John Avalon, a reporter for Daily Beast, a writer, contributor to CNN and Newsweek engaged in systemic defamation of Taitz.

Avlon started by yelling and screaming at her and her client former U.N. Ambassador  Alan Keyes, while appearing together on CNN.

Later Avlon contacted Taitz and told her that he apologizes for his behavior and would like to fly from New York to California and do an in depth interview.

Taitz agreed to give an interview to Avlon.

Avlon flew to California and interviewed Taitz for about two hours, at which time Taitz provided him with the information relating to fraud and forgery in Obama's IDs, which is described in paragraphs 1-23 herein.

Additionally Avlon asked her for a number of books and video tapes Taitz had on the subject, which Taitz gave him.

Avlon never published any information that Taitz gave him regarding Obama and continued defrauding the public by claiming that Obama is legitimate for the position of the President.

Additionally Avlon published a book called "Wingnuts", where he included Taitz among other politicians, that he called "Wingnuts".

107. When Taitz ran for the U.S. Senate in 2012and according to 4 consecutive polls by Public Policy Polling, only one day before the election, Avlon published in Daily Beast a hit job defamatory article about Taitz, which was republished by multiple other magazines and newspapers.

Avlon knew that no judge have ruled on the merits of the case.

Avlon knew that Sheriff Arpaio held multiple press conferences, where he presented evidence showing Obama using forged birth certificate and Selective service certificate

Avlon had evidence that Obama is using a Connecticut Social Security number, which was not assigned to him.

Avlon knew that no judge has ever seen an original birth certificate for Obama, an original application for Selective Service and an original application for Connecticut Social Security number that Obama is using, while copies were found to be forgeries by Sheriff Arpaio and other experts. Avlon acted with malice, aided and abetted and attacked and defamed Taitz with a clear goal of derailing her campaign.

Avlon was criminally complicit with Obama and viciously misrepresented the truth defamed Taitz in order to aid and abet Obama in cover up of Obama's elections fraud and Obama's forged IDs. On June 5th 2012, the elections day for the U.S. Senate he wrote an article in "Daily Beast" (Exhibit 26) He wrote:

 "I've met Taitz, <u>debating her on-air once</u> and spending an hour at her law office/dental practice in the hills of Rancho Santa Margarita while I was researching *Wingnuts*. She is not unintelligent and is almost charmingly insane, proudly showing off prominent alleged Facebook friends and then comparing Obama to Stalin, all while passing over hundreds of pages of Xeroxed documents she has sent to governors of all 50 states and the entire U.S. Senate. The packet details accusations including impersonation of a military officer, libel, defamation of character, harassment, breaking into the computer system of the Supreme Court, voter fraud, and forgery, concluding: "Verify the above facts

brought forward by me and demand Obama/Soetoro's immediate resignation or removal from office due to fraud and constitutional inability. National security and national survival depends on your expedient actions …"

In other words, nut-balls. Orly Taitz as a candidate for U.S. Senate would make Christine O'Donnell look like Henry Clay. She would make <u>Sharron Angle</u> look like Daniel Webster. <u>Donald Trump</u> seems a model of restraint by comparison."

Avlon referred to Taitz as a "national embarrassment", "wing nut", "nut ball", "radioactive destruction", "crazy", "freak beat", "fringe", "insane", "clownishly unelectable candidate".

108. As most readers of "Daily Beast" and "Forbes magazine" do not follow this litigation, they believe that those magazines are reputable publications. They believe that reporters are legitimate reporters who do not commit journalistic malpractice and who do not defame individuals. The public believed that Avlon and other reporters, such as Kevin Underhill from Forbes, who republished Avlon's hit piece, are writing the truth.

109. Taitz standing in the community was affected, as a result of defamation by Avlon and other members of the media listed herein.

110. Public clearly understood that statements were made about Taitz, understood those statements to be true and Taitz standing in the community was affected and reduced as a result of actions by Avlon. Damages suffered by Taitz are actually and proximately related to actions by Avlon.

## DEFAMATION BY "DAILY BEAST"

111. Plaintiffs incorporate by reference all prior paragraphs  as if fully pled herein.

Defamatory statements by Avlon were made on the pages of "Daily Beast" by Avlon as a writer for Daily Beast.

"Daily Beast" is vicariously liable for defamation of Taitz which was perpetrated by the writer of "The daily Beast" on the pages of "The Daily Beast".

## DEFAMATION BY KEVIN UNDERHILL, WRITER FOR "FORBES"

112. Plaintiffs incorporate by reference all prior paragraphs, as if fully pled herein.

Kevin Underhill, writer for "Forbes" wrote a defamatory article about Taitz .

Underhill wrote "Finally, and this is why I started this thing in the first place, famed Birther-activist and naturalized-Moldovan-lawyer-dentist Orly Taitz is

running for the Senate. She hopes to run against Dianne Feinstein, and according to some polls she may actually get the chance. California has a "top-two" primary, meaning all candidates run on the same ballot and the top two then face off in November. Feinstein will be number one, and 23 others are vying for number two. Since no one else has any name recognition at all, there is some concern -- including in the GOP -- that Taitz might eke out enough votes to stay around until November. She does have a long record of losing, but also a long record of being undeterred by it.

An official Taitz run would be amusing but also disturbing, as John Avlon, who has interviewed and debated Taitz, writes at the *Daily Beast*. That piece is worth reading partly for its comical descriptions of Taitz as "almost charmingly insane," "demonstrably unhinged," "clownishly unelectable," and one who "would make Sharron Angle look like Daniel Webster."

Underhill acted with malice. He did not contact Taitz prior to writing his article. he did not get her side of the story and wrote a one side defamatory article with a clear goal of derailing her campaign and aiding and abetting Obama in completing elections fraud.

Underhill was defaming Taitz and defrauding the public by creating an impression that Obama is legitimate for the U.S. Presidency and had valid IDs,

while he never had any IDs and used forged and fraudulently obtained IDs. Underhill was criminally complicit in aiding and abetting elections fraud, forgery, Social Security fraud as Obama was using forged IDs and a stolen Social Security number.

Public believed that Underhill is writing a truthful account. Taitz standing in the community was reduced due to actions by Underhill.

Taitz suffered damages due to defamation. Her damages were actually and proximately related to actions by Underhill.

## DEFAMATION BY "FORBES" MAGAZINE

113. Plaintiffs incorporate by reference all prior paragraphs, as if fully pled herein.

Kevin Underhill wrote a defamatory article about Taitz in "Forbes" .

Underhill was a writer of Forbes.

Forbes was vicariously liable for actions of Underhill.

Public at large believed "Forbes" to be a reputable magazine.

Public believed that defamatory statements written in "Forbes" about Taitz were true.

Taitz standing in the community was affected  and diminished by the article published in "Forbes".

Damages suffered by Taitz were actually and proximately related to the article published in "Forbes"

## Defamation by  John Kobelt, " John and Ken" Show, KFI AM 640 radio and Clear Channel communications.

114.John Kobelt is a talk show host in a duo of two hosts  "John and Ken" in the radio program "John and Ken show" on KFI AM 640RADIO

 KFI is owned by Clear Channel communications.

On April  27 2011 Obama released what he claimed to be his long form birth certificate. The same day Taitz was contacted by a number of radio and TV programs and was asked to comment on that alleged birth certificate. Among the programs that invited Taitz, was "John and Ken show".

115. When  Taitz got on the show, she was verbally attacked and defamed by Kobelt, who stated that she is "insane" and that she "has obsessive impulsive brain disorder" further shouting that Taitz's "chemicals in her head are screwed up".

John Kobelt then suggested that LA Times should publish a news article named "Orly Taitz is Insane".

Further in the show, John Kobelt called her "crazy", "the biggest liar in the history", and "the looniest person in the history".

Such statements were done in order to affect Plaintiff's reputation, and to humiliate and discredit Taitz in the eyes of general public. The public at large understood that the statements were related to Taitz, such statements reduced her standing in the community and was an actual an proximate cause of her damages.

116. Before the Primary Election in California on June 5th, 2012, KFI radio representative Brian Barry contacted Taitz, inquiring whether she would be willing to advertise on KFI. Taitz responded that she had a bad experience with the John and Ken show and wanted assurances that this would not happen again. Such assurance was given. Supporters of Taitz paid $7,500 to run campaign ads on KFI. Consequently Kobelt continued the same pattern of behavior: a pattern of defamation and ridicule.

117. As the result of defamatory statements by John Kobelt made while the show John and Ken was on the air, Plaintiff suffered loss of reputation, and was discredited among general public the day before the Primary Election, in which, prior to the day of the show, Plaintiff was leading according to the national polls.

118. John Kobelt acted with malice and intent to defame and harass Taitz. His statements created a false image of the Plaintiff, discredited Taitz, and hosts' defamatory tactic served the purpose of intimidation, humiliation and threats to Plaintiffs reputation.

As John Kobelt is a Host of "John and Ken Show, which is owned by the Clear Channel comunications, those entities are vicariously liable for actions by Kobelt.

119. Mathews is a host of "hardball" program on MSNBC

Mathews is a strong Obama supporter, who was so excited about Obama election that he reported famous "tingling up his leg" during inauguration. Mathews due to his support for Obama s attacked Taitz repeatedly on his program.Mathews did not limit himself to defaming Taitz, but he also was a de-fact cheerleader of attacks and threats made against Taitz. In 2010, when Taitz ran for the position of the Secretary of State, on the election day, Mathews appeared on hi program "Hardball" in Prime time an stated: "Orly Taitz is a malignancy. You should tie her up to the stake like a witch. She should be tied to the stake like a witch" .After this call to arms by Mathews, hundreds of crazy Obama supporters were sending Taitz e-mails, comments on her web site and leaving messages on her phone. Some of those threatening messages Taitz preserved. In those messages Obama supporters and Mathews followers were stating that Taitz needs to be burned at the stake and her burned body needs to be dragged down the streets. Taitz and her supporters

contacted Mathews and repeatedly asked to give Taitz an opportunity to appear on his show and provide truthful information. Mathews refused to provide truthful information and continued defaming Taitz. Due to actions by Mathews Taitz was defamed. Members of the community understood that defamatory actions were related to Taitz.Defamatory statements by Mathews had an effect of lowering Taitz standing in the community.

120. MSNBC is a TV network that employs Chris Mathews and other reporters, who engaged in defamation of Taitz

MSNBC is vicariously responsible for actions by Mathews.

Taitz travelled to MSNBC studious in New York and recorded a two hour interview with an MSNBC host Kate Hampson, which was directed by MSNBC producer/director Payal Bawa.

In the interview Taitz provided full information in regards to Obama using a forged Selective Service Card, forged Birth Certificate and a stolen  Social security number, which was issued to a resident of Connecticut, born in 1890.

Taitz was assured that truthful information will be provided to the public.

Instead MSNBC included a very small segment of her interview, about a minute or less in a documentary about militias. In such documentary they completely

misrepresented Taitz, showing her as an extremist, to par with a militia and did not provide the public any truthful information about Obama.

Additionally several other talk show hosts on MSNBC made defamatory statements about Taitz. Among them Rachel Maddow, Keith Olbermann, Ed Schultz.  Rachel Maddow created a whole commercial, where she misrepresented Taitz as a racist. MSNBC acted with malice and with an intent to defame Taitz.

It was done with a clear intent to lower her standing in the community.

The Public understood that the defamatory statements were made about Taitz and the effect of these statements was indeed such that Taitz standing in the community was effected and was lowered. Defamatory statements made by the employees of MSNBC  were an actual and proximate cause of damages suffered by Taitz.

**CONCLUSION**

Due to common nucleus of facts and in the interest of consistency of rulings there should be coordination and consolidation of the cases by the Panel on multidistrict Litigation. Respectfully submitted  /s/ Dr. Orly Taitz, ESQ 10.07.2012