IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. ORLY TAITZ, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | NO. 3:12-CV-3251-P |
| | § | |
| KATHLEEN SEBELUIS, et al | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order filed November 20, 2012, the Court issues judgment as follows:

1. Plaintiff's claims are dismissed with prejudice as to all defendants; and

2. Costs are assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 26th day of November, 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE